| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA |
| Case number *(if known)* _____  Chapter **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **NJ Criminal Interdiction LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **Street Cop Training** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **46-1277816** |
| 4. | Debtor's address | **Principal place of business**<br>**2301 Willet Place #1319**<br>**Melbourne, FL 32940**<br>Number, Street, City, State & ZIP Code<br><br>**Brevard**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **www.streetcoptraining.com** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor    **NJ Criminal Interdiction LLC**    Case number (*if known*) _____
              Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor  **NJ Criminal Interdiction LLC**  Case number (*if known*) _____
        Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☒ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor   **NJ Criminal Interdiction LLC**                                                              Case number (*if known*)
         Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☒ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **NJ Criminal Interdiction LLC**  Case number (if known) _____
       Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 31, 2024**
                    MM / DD / YYYY

X _____  **Dennis Benigno**
Signature of authorized representative of debtor  Printed name

Title  **Managing Member**

**18. Signature of attorney**

X _____  Date  **January 31, 2024**
Signature of attorney for debtor       MM / DD / YYYY

**Daniel A. Velasquez 0098158**
Printed name

**Latham Luna Eden & Beaudine LLP**
Firm name

**201 S. Orange Avenue**
**Suite 1400**
**Orlando, FL 32801**
Number, Street, City, State & ZIP Code

Contact phone **(407) 481-5800**  Email address  **dvelasquez@lathamluna.com**

**0098158 FL**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **NJ Criminal Interdiction LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an amended filing

Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **886 Consulting LLC** 48 Meadow Rue Place Ballston Spa, NY 12020 | | Trade Services | | | | $1,962.00 |
| **Adeptus Partners, LLC** 733 Route 35 Suite A Asbury Park, NJ 07712 | | Trade Services | | | | $2,500.00 |
| **Anney Mae** 12810 Murphy Grove Terrace Clarksburg, MD 20871 | | Trade Services | | | | $6,002.00 |
| **BG Trap Train LLC** 8 Tree Farm Lane Mahwah, NJ 07430 | | Trade Services | | | | $2,837.00 |
| **Clavos** 2369 Bear Rock Glen Escondido, CA 92026 | | Trade Services | | | | $10,809.00 |
| **Craig Meyer SCT** 3103 Forestwood Drive Bryan, TX 77801 | | Trade Services | | | | $15,493.72 |
| **Dulcedo Inc.** 438 Rue McGill Suite 200 Montreal Quebec | | Trade Debt. | | | | $12,500.00 |
| **Gaylord Palms Resort & Conventio** 6000 West Osceola Parkway Kissimmee, FL 34746 | | Trade Debt | | | | $249,846.73 |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 1

Debtor **NJ Criminal Interdiction LLC**     Case number *(if known)*
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Inspire Solutions LLC<br>125 Pearl Street<br>PO Box 58091<br>Braintree, MA 02185 | | Trade Sevices | | | | $25,353.00 |
| JB4 Enterprises<br>3481 Woodbyne Road<br>Hellertown, PA 18055 | | Trade Services | | | | $2,728.00 |
| JBMV Group LLC<br>6046 Tamarack Drive<br>Allentown, PA 18104 | | Trade Services | | | | $10,043.88 |
| Krewer SCT LLC<br>2947 S. 15th Street<br>Philadelphia, PA 19145 | | Trade Services | | | | $1,855.00 |
| MikeWorldWide Group LLC<br>One Meadowslands Plaza<br>15th Floor<br>East Rutherford, NJ 07073 | | Trade Services | | | | $14,000.00 |
| MN2S Corp.<br>31 NE 17th Street<br>Miami, FL 33132 | | Trade Debt | | | | $10,000.00 |
| Oneface LLC<br>39 Kipling Way<br>Manalapan, NJ 07726 | | Trade Services | | | | $18,026.00 |
| Plosia Cohen LLC<br>385 Route 24<br>Chester, NJ 07930 | | Trade Debt | | | | $3,210.00 |
| RVS Group<br>9 Hunters Trail<br>Warren, NJ 07059 | | Trade Services | | | | $3,710.50 |
| Thin Blue Line Consulting<br>3 Napa Court<br>Cortlandt Manor, NY 10567 | | Trade Sevices | | | | $3,202.13 |
| Underworld LLC<br>8 Orchard Drive<br>Whitehouse Station, NJ 08889 | | Trade Services | | | | $4,990.88 |
| Zachary Miller<br>102 Lexington Drive<br>Williamsburg, VA 23188 | | Trade Services | | | | $18,130.00 |

# United States Bankruptcy Court
## Middle District of Florida

In re  **NJ Criminal Interdiction LLC**                              Case No. _____
                                    Debtor(s)                        Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Dennis Benigno<br>2301 Willet Place #319<br>Melbourne, FL 32940 | | 100% | Managing Member |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **January 31, 2024**                     Signature  _/s/ Dennis Benigno_
                                                          Dennis Benigno

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Middle District of Florida**

In re  NJ Criminal Interdiction LLC                                    Case No.
                                      Debtor(s)                        Chapter  11

## VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  January 31, 2024

Dennis Benigno/Managing Member
Signer/Title

NJ Criminal Interdiction LLC
2301 Willet Place #1319
Melbourne, FL 32940

Dulcedo Inc.
438 Rue McGill
Suite 200
Montreal Quebec

MikeWorldWide Group LLC
One Meadowslands Plaza
15th Floor
East Rutherford, NJ 07073

Daniel A. Velasquez
Latham Luna Eden & Beaudine LLP
201 S. Orange Avenue
Suite 1400
Orlando, FL 32801

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee, FL 32314-6668

MN2S Corp.
31 NE 17th Street
Miami, FL 33132

886 Consulting LLC
48 Meadow Rue Place
Ballston Spa, NY 12020

Gaylord Palms Resort & Conventio
6000 West Osceola Parkway
Kissimmee, FL 34746

MTL Training and Consulting
6 Fountain Blvd
Burlington, NJ 08016

Adeptus Partners, LLC
733 Route 35
Suite A
Asbury Park, NJ 07712

Inspire Solutions LLC
125 Pearl Street
PO Box 58091
Braintree, MA 02185

Oneface LLC
39 Kipling Way
Manalapan, NJ 07726

Anney Mae
12810 Murphy Grove Terrace
Clarksburg, MD 20871

JB4 Enterprises
3481 Woodbyne Road
Hellertown, PA 18055

Orange County Tax Collector
PO Box 779003
Orlando, FL 32877

BG Trap Train LLC
8 Tree Farm Lane
Mahwah, NJ 07430

JBMV Group LLC
6046 Tamarack Drive
Allentown, PA 18104

Plosia Cohen LLC
385 Route 24
Chester, NJ 07930

Clavos
2369 Bear Rock Glen
Escondido, CA 92026

JCK Academy
72 Great Oak Road
Trenton, NJ 08690

RAB Fire Arms Training and Cons
915 Bennetts Mills Road
Ste 877
Jackson, NJ 08527

Craig Meyer SCT
3103 Forestwood Drive
Bryan, TX 77801

Krewer SCT LLC
2947 S. 15th Street
Philadelphia, PA 19145

Rabbitproof Fence Consulting LLC
14 Pebble Beach Way
Washington, NJ 07882

Dennis Benigno
2301 Willet Place #319
Melbourne, FL 32940

Medium Grass LLC
403 Evans Court
Mount Laurel, NJ 08054

RVS Group
9 Hunters Trail
Warren, NJ 07059

NJ Criminal Interdiction LLC - - Pg. 2 of 2

State of New Jersey
PO Box 45029
Newark, NJ 07101


TCW Industries
27 Sacremento Way
Asbury Park, NJ 07712


Thin Blue Line Consulting
3 Napa Court
Cortlandt Manor, NY 10567


Underworld LLC
8 Orchard Drive
Whitehouse Station, NJ 08889


Zachary Miller
102 Lexington Drive
Williamsburg, VA 23188

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re  **NJ Criminal Interdiction LLC**                              Case No.
                                            Debtor(s)                Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                    $     **41,738.00**
   Prior to the filing of this statement I have received          $     **41,738.00**
   Balance Due                                                    $         **0.00**

2. The source of the compensation paid to me was:

   ■ Debtor    □ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    □ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**January 31, 2024**
*Date*

**Daniel A. Velasquez 0098158**
*Signature of Attorney*
Latham Luna Eden & Beaudine LLP
201 S. Orange Avenue
Suite 1400
Orlando, FL 32801
(407) 481-5800   Fax: (407) 481-5801
dvelasquez@lathamluna.com
*Name of law firm*