Fill in this information to identify the case:

Debtor name **NJ Criminal Interdiction LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known)  **6:24-bk-00468-GER**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **February 28, 2024**          X

Signature of individual signing on behalf of debtor

**Dennis Benigno**
Printed name

**Managing Member**
Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name    **NJ Criminal Interdiction LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:24-bk-00468-GER**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

     **1a. Real property:**
     Copy line 88 from *Schedule A/B*.......................................................................................... $    0.00

     **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*........................................................................................ $    356,792.07

     **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*.......................................................................................... $    356,792.07

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $    0.00

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $    0.00

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$    478,652.71

4.    **Total liabilities** ..........................................................................................................
     Lines 2 + 3a + 3b                    $    478,652.71

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name      **NJ Criminal Interdiction LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:24-bk-00468-GER**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property            12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **PayPal Bank - Course Sales** | **Seller Account** | **X4MC** | **$7,263.47** |
| 3.2. | **PayPal Bank - Merchandise** | **Seller Account** | **288A** | **$0.00** |
| 3.3. | **Wells Fargo** | **Business Checking** | **1399** | **$70.00** |
| 3.4. | **Wells Fargo Bank** | **Busiess Checking** | **4138** | **$210,529.10** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $217,862.57 |
|---|---|

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

Debtor    **NJ Criminal Interdiction LLC**
          Name                                    Case number *(If known)*  **6:24-bk-00468-GER**

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

      7.1.    **Gaylord Palms Resort and Conference Center - Deposit**                    $27,000.00

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                        $27,000.00
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

       11a. 90 days old or less:          **101,742.00**    -    **0.00**    = ....    **$101,742.00**
                                     face amount              doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                        $101,742.00
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** | | | | |
| 22.    **Other inventory or supplies** **30 Boxes of Shirts** | | $0.00 | Liquidation | $1,800.00 |
| **Accessories - 10 boxes** | | $0.00 | Liquidation | $500.00 |
| **Hoodies - 20 boxes** | | $0.00 | Liquidation | $750.00 |

Debtor   **NJ Criminal Interdiction LLC**                            Case number *(If known)*  **6:24-bk-00468-GER**
         Name

| | | | | |
|---|---|---|---|---|
| **Hats - 6 boxes** | | $0.00 | Liquidation | $225.00 |
| **Coins - 10 boxes** | | $0.00 | Liquidation | $100.00 |
| **Patches - 5 boxes** | | $0.00 | Liquidation | $75.00 |
| **Stickers - 2 boxes** | | $0.00 | Liquidation | $37.50 |

23.   **Total of Part 5.**                                                                          | $3,487.50 |
      Add lines 19 through 22.  Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
      ■ No
      ☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
      ■ No
      ☐ Yes. Book value _____   Valuation method _____   Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 6:      Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

      ■ No.  Go to Part 7.
      ☐ Yes Fill in the information below.

**Part 7:      Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

      ☐ No.  Go to Part 8.
      ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture**<br>**1 Desk, 1 Table, 2 Chairs and 2 Metal Cabinets** | $0.00 | Liquidation | $1,000.00 |
| 40.   **Office fixtures**<br>**1 Epson Printer, 1 HP Printer, 2 Apple Macbooks, 2 Lenovo Laptops (3 years old) and 6 Dell Laptops** | $0.00 | Liquidation | $2,500.00 |
| **2 Epson Projectors, 2 Projector Screens, 3 JBL Speakers, Sony Video Camera, Stage Lighting, Miscellaneous Soundboard and Cables** | $0.00 | Liquidation | $3,200.00 |

41.   **Office equipment, including all computer equipment and**

Debtor   **NJ Criminal Interdiction LLC**                               Case number *(If known)*  **6:24-bk-00468-GER**
_____
        Name

**communication systems equipment and software**

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
     books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
     collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**                                                                         | **$6,700.00** |
     Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ■ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

| Part 9: | **Real property** |

**54. Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |

**59. Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets**<br>**Street Cop Copyright** | **Unknown** | | **Unknown** |
| 61. | **Internet domain names and websites**<br>**Website - www.streetcoptraining.com** | **Unknown** | | **Unknown** |
| | **Street Cop Training** | **$0.00** | | **$0.00** |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations**<br>**Street Cop Training Student List (Email List)** | **Unknown** | | **Unknown** |
| 64. | **Other intangibles, or intellectual property**<br>**Street Cop Training Course materials** | **Unknown** | | **Unknown** |

| Debtor | **NJ Criminal Interdiction LLC** | Case number *(If known)* **6:24-bk-00468-GER** |
|---|---|---|
| | Name | |

| **Facebook Account - Streetcoptraining, Instagram Account - Streetcoptraining, Twitter Account - Streetcoptraining, TikTok Account -Streetcoptraining and Podcast - Street Cop Podcast** | **Unknown** | | **Unknown** |
|---|---|---|---|

65.    **Goodwill**

66.    **Total of Part 10.**

      Add lines 60 through 65. Copy the total to line 89.

           **$0.00**

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

    ☐ No

    ■ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ■ No

    ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ■ No

    ☐ Yes

**Part 11:     All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.

    ☐ Yes Fill in the information below.

Debtor    **NJ Criminal Interdiction LLC**                                Case number *(If known)*  **6:24-bk-00468-GER**
               Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $217,862.57 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $27,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $101,742.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $3,487.50 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $6,700.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $356,792.07 | + 91b.    $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $356,792.07 |

**Fill in this information to identify the case:**

Debtor name **NJ Criminal Interdiction LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:24-bk-00468-GER**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Fill in this information to identify the case: |
|---|

Debtor name __NJ Criminal Interdiction LLC__

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known) __6:24-bk-00468-GER__

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,962.00 |
|---|---|---|---|
|  | **886 Consulting LLC**<br>**48 Meadow Rue Place**<br>**Ballston Spa, NY 12020** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
|  | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  __Service Fees__<br><br>Is the claim subject to offset? ■ No  ☐ Yes |  |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $225.00 |
|---|---|---|---|
|  | **Aaron Lewis**<br>**Texarkana Texas Police**<br>**100 N. Stateline Ave, Box 16**<br>**Texarkana, TX 75501** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
|  | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  __Course Fees__<br><br>Is the claim subject to offset? ■ No  ☐ Yes |  |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $649.00 |
|---|---|---|---|
|  | **Adam Stovall**<br>**Stanislaus County Sheriff Office**<br>**250 E Hackett Rd**<br>**Modesto, CA 95358** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
|  | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  __Course Fees__<br><br>Is the claim subject to offset? ■ No  ☐ Yes |  |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,500.00 |
|---|---|---|---|
|  | **Adeptus Partners, LLC**<br>**733 Route 35**<br>**Suite A**<br>**Asbury Park, NJ 07712** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
|  | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  __Accounting Services__<br><br>Is the claim subject to offset? ■ No  ☐ Yes |  |

| Debtor | **NJ Criminal Interdiction LLC** | Case number (if known) | **6:24-bk-00468-GER** |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$299.00** |
|---|---|---|---|

**Adolfo Herrejon**
**Fresno Police Dept**
**2600 Fresno St**
**Fresno, CA 93721**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Course Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$649.00** |
|---|---|---|---|

**Alberto Navarro**
**Stanislaus County Sheriff Office**
**250 E Hackett Rd**
**Mariposa, CA 95338**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Course Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,632.17** |
|---|---|---|---|

**American Express**
**PO Box 96001**
**Los Angeles, CA 90096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Credit Card**

Last 4 digits of account number  **3005**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,815.11** |
|---|---|---|---|

**American Express**
**PO Box 96001**
**Los Angeles, CA 90096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Credit Card**

Last 4 digits of account number  **1003**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$249.00** |
|---|---|---|---|

**Andrew Doney**
**Pulaski Police Department**
**PO Box 660**
**Pulaski, VA 24301**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/23/24**

**Basis for the claim:**  **Course Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$249.00** |
|---|---|---|---|

**Andrew Doney**
**Pulaski Police Department**
**PO Box 600**
**Pulaski, VA 24301**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/24/24**

**Basis for the claim:**  **Course Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,002.00** |
|---|---|---|---|

**Anney Mae**
**12810 Murphy Grove Terrace**
**Clarksburg, MD 20871**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Service Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **NJ Criminal Interdiction LLC** | Case number (if known) | **6:24-bk-00468-GER** |
|---|---|---|---|

Name

---

**3.12** Nonpriority creditor's name and mailing address
**Ashley Mendez, Emma Orr**
**Rock Hill Police Department**
**PO Box 11706**
**Rock Hill, SC 29731**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Course Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$498.00**

---

**3.13** Nonpriority creditor's name and mailing address
**Austin Hilzendeger**
**North Dakota Highway Patrol**
**600 E Boulevard Ave #504**
**Bismarck, ND 58505**

Date(s) debt was incurred  **1/19/24**
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Course Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$225.00**

---

**3.14** Nonpriority creditor's name and mailing address
**Austin Porter**
**Montana DCI**
**411 North 7th Street**
**Miles City, MT 59301**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Course Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$225.00**

---

**3.15** Nonpriority creditor's name and mailing address
**BG Trap Train LLC**
**8 Tree Farm Lane**
**Mahwah, NJ 07430**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$2,837.00**

---

**3.16** Nonpriority creditor's name and mailing address
**Blake Carpenter**
**High Point Police Department**
**1730 Westchester Dr.**
**High Point, NC 27262**

Date(s) debt was incurred  **1/26/24**
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Course Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$225.00**

---

**3.17** Nonpriority creditor's name and mailing address
**Bohdanna Danylewycz**
**Ohio Narcotics Intelligence Ctr**
**11769 Beckenham Road**
**North Royalton, OH 44133**

Date(s) debt was incurred  **1/18/24**
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Course Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$299.00**

---

**3.18** Nonpriority creditor's name and mailing address
**Brandon Jinks**
**Louisiana State Police**
**805 Main Street**
**Lake Charles, LA 70615**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Course Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$249.00**

---

| Debtor | NJ Criminal Interdiction LLC | Case number (if known) | 6:24-bk-00468-GER |
|---|---|---|---|
| | Name | | |

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,796.00**

**Brendan Buehre, Colin Harruff,**
**Cory Schalburg and Doug Baker**
**Fishers Police Department**
**4 Municipal Dr Fishers**
**Fishers, IN 46038**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Course Fees__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$649.00**

**Bret Babbitt**
**Stanislaus County Sheriff Office**
**250 E Hackett Rd**
**Modesto, CA 95358**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Course Fees__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$299.00**

**Brian Tolbert**
**South Carolina Law Enforcement D**
**4400 Broad River Road**
**Columbia, SC 29210**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2//2/24

Basis for the claim: __Course Fees__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$225.00**

**Bryan Ponce**
**Manor Police Department**
**402 W. Parsons Street**
**Manor, TX 78653**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/22/24

Basis for the claim: __Course Fees__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$299.00**

**Caitlin Anthony**
**Ohio Narcotics Intelligence Agen**
**4945 Hillcrest Road**
**Trenton, MI 48183**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/19/24

Basis for the claim: __Course Fees__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,490.70**

**Capital One**
**PO Box 30285**
**Salt Lake City, UT 84130-0285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Credit Card__

Last 4 digits of account number  7670

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$249.00**

**Catherine Beers**
**Sedona Police Department**
**100 Roadrunner Drive**
**Sedona, AZ 86336**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Course Fees__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | NJ Criminal Interdiction LLC | Case number (if known) | 6:24-bk-00468-GER |
|--------|------------------------------|------------------------|-------------------|
| | Name | | |

---

**3.26** | Nonpriority creditor's name and mailing address
Chadwick McGuffin
Maricopa County Sheriff's Office
550 W. Jackson Street
Phoenix, AZ 85003

Date(s) debt was incurred  __1/12/24__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Course Fees__

Is the claim subject to offset? ■ No ☐ Yes

**$498.00**

---

**3.27** | Nonpriority creditor's name and mailing address
Chris Burton
Greenville County Sheriffs Offic
4 McGree Street
Greenville, SC 29601

Date(s) debt was incurred  __2/2/24__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Course Fees__

Is the claim subject to offset? ■ No ☐ Yes

**$299.00**

---

**3.28** | Nonpriority creditor's name and mailing address
Chris Flood
Douglas County Sheriff's Office
111 E 11th St
Lawrence, KS 66044

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Course Fees__

Is the claim subject to offset? ■ No ☐ Yes

**$249.00**

---

**3.29** | Nonpriority creditor's name and mailing address
Chris Hooks
Colonie PD
45 Doorstone Drive South
Latham, NY 12110

Date(s) debt was incurred  __2/5/24__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Course Fees__

Is the claim subject to offset? ■ No ☐ Yes

**$249.00**

---

**3.30** | Nonpriority creditor's name and mailing address
Christine Kelsey and Tyler Gerke
Pettis Co. Sheriff's Office
319 S. Lamine
Sedalia, MO 65301

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Course Fees__

Is the claim subject to offset? ■ No ☐ Yes

**$996.00**

---

**3.31** | Nonpriority creditor's name and mailing address
Christopher Pulver
North Dakota Highway Patrol
600 E Boulevard Ave #504
Bismarck, ND 58506

Date(s) debt was incurred  __1/19/24__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Course Fees__

Is the claim subject to offset? ■ No ☐ Yes

**$225.00**

---

**3.32** | Nonpriority creditor's name and mailing address
Clavos
2369 Bear Rock Glen
Escondido, CA 92026

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Service Fees__

Is the claim subject to offset? ■ No ☐ Yes

**$10,809.00**

---

| Debtor | **NJ Criminal Interdiction LLC** | Case number (if known) | **6:24-bk-00468-GER** |
|---|---|---|---|
| | Name | | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$249.00** |
|---|---|---|---|

**Colton Bonner**
**Douglas County Sheriff's Office**
**111 E 11th St**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Course Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$249.00** |
|---|---|---|---|

**Cory Pierce**
**Douglas County Sheriff's Office**
**111 E 11th St**
**Lawrence, KS 66046**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Course Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,493.72** |
|---|---|---|---|

**Craig Meyer SCT**
**3103 Forestwood Drive**
**Bryan, TX 77801**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Service Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,575.00** |
|---|---|---|---|

**Daniel Belles**
**Colonie :Police Department**
**312 Wolf Road**
**Latham, NY 12110**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Course Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$649.00** |
|---|---|---|---|

**Daniel DeCroix**
**Stanislaus County Sheriff Office**
**250 E Hackett Rd.**
**Modesto, CA 95358**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Course Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$149.00** |
|---|---|---|---|

**Daniel Orth**
**Bensalem Township Police Depart**
**2400 Byberry Road**
**Bensalem, PA 19020**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Course Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$225.00** |
|---|---|---|---|

**Darby Kessner**
**North Dakota Highway Patrol**
**600 E Boulevard Ave #504**
**Bismarck, ND 58507**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **1/19/24**

Basis for the claim:  **Course Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **NJ Criminal Interdiction LLC** | Case number (if known) | **6:24-bk-00468-GER** |
|---|---|---|---|
| | Name | | |

| 3.40 | **Nonpriority creditor's name and mailing address**<br>**Duncan McClesky**<br>**Prince George's County Police**<br>**2219 Washington Ave, Apt 303**<br>**Silver Spring, MD 20910**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Course Fees__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $249.00 |
|---|---|---|---|

| 3.41 | **Nonpriority creditor's name and mailing address**<br>**Edward Cicero**<br>**Stanislaus County Sheriff Office**<br>**250 E Hackett Rd**<br>**Modesto, CA 95358**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Course Fees__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $649.00 |

| 3.42 | **Nonpriority creditor's name and mailing address**<br>**Erik Rebstock**<br>**Illinois State Police**<br>**306 South Washington**<br>**Mc Leansboro, IL 62859**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Course Fees__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $299.00 |

| 3.43 | **Nonpriority creditor's name and mailing address**<br>**Ethan Steven Kyle Davidson**<br>**Christiansburg Police Department**<br>**100 East Main Street**<br>**Christiansburg, VA 24073**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Course Fees__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $598.00 |

| 3.44 | **Nonpriority creditor's name and mailing address**<br>**Evan Monroe**<br>**King George Sheriffs Office**<br>**10445 Government Center Blvd**<br>**King George, VA 22485**<br><br>Date(s) debt was incurred  __1/23/24__<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Course Fees__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $249.00 |

| 3.45 | **Nonpriority creditor's name and mailing address**<br>**Evan Monroe**<br>**King George Sheriffs Office**<br>**10445 Government Center Blvd**<br>**King George, VA 22485**<br><br>Date(s) debt was incurred  __1/24/24__<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Course Fees__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $249.00 |

| 3.46 | **Nonpriority creditor's name and mailing address**<br>**Favio Topete**<br>**Stanislaus County Sheriff Office**<br>**250 E Hackett Rd.**<br>**Modesto, CA 95358**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Course Fees__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $649.00 |

| Debtor | NJ Criminal Interdiction LLC | Case number (if known) | **6:24-bk-00468-GER** |
|---|---|---|---|
| | Name | | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$225.00** |
|---|---|---|---|

**Francis McColgan**
**Bensalem Township Police Departm**
**2400 Byberry Road**
**Bensalem, PA 19020**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Course Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$299.00** |
|---|---|---|---|

**Garrett Ruark**
**Guntersville Police Department**
**341 Gunter Avenue**
**Guntersville, AL 35976**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Course Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00** |
|---|---|---|---|

**Gaylord Palms Resort & Conventio**
**6000 West Osceola Parkway**
**Kissimmee, FL 34746**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Room Block Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$225.00** |
|---|---|---|---|

**Graham Bozarth**
**Sapula Police Department**
**20 W. Walnut Street**
**Sapulpa, OK 74066**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Course Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,989.65** |
|---|---|---|---|

**Greenspoon Marder, LLP**
**c/o  James Valvano, Esq.**
**Robert Rando, Esq.**
**Suite 1800**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Attorney Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$225.00** |
|---|---|---|---|

**Haleigh Daniel**
**City of Hamilton, OH Police**
**331 S. Front Street**
**Hamilton, OH 45011**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Course Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,947.00** |
|---|---|---|---|

**Heriberto Rodriguez, Daniel**
**McLawrence, Baltazar Rivera**
**New Haven Police Department**
**1 Union Avenue**
**New Haven, CT 06519**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Course Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **NJ Criminal Interdiction LLC** | Case number (if known) | **6:24-bk-00468-GER** |
|---|---|---|---|
| | Name | | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,353.00 |
|---|---|---|---|
| | **Inspire Solutions LLC**<br>**125 Pearl Street**<br>**PO Box 850911**<br>**Braintree, MA 02185** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Service Fees__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $249.00 |
|---|---|---|---|
| | **Issac Borman**<br>**222 Marina Street**<br>**Prescott, AZ 86303** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Course Fees__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $299.00 |
|---|---|---|---|
| | **Issac Craig**<br>**Illinois State Police**<br>**130 Oshel St**<br>**Stonefort, IL 62987** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Course Fees__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225.00 |
|---|---|---|---|
| | **Jacob Presnell**<br>**Statesville Police Department**<br>**330 S. Tradd Street**<br>**Statesville, NC 28677** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __1/26/24__ | Basis for the claim: __Course Fees__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $249.00 |
|---|---|---|---|
| | **Jamie Clark**<br>**Show Low P.D.**<br>**411 Deuce Clbs**<br>**Show Low, AZ 85901** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Course Fees__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225.00 |
|---|---|---|---|
| | **Jamie Hillgardner**<br>**Borough of Allendale Police**<br>**290 Franklin Tpke**<br>**Allendale, NJ 07401** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Course Fees__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $249.00 |
|---|---|---|---|
| | **Jamison Hancock**<br>**Mineral County Sheriff's Office**<br>**PO Box 516**<br>**Hawthorne, NV 89415** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Course Fees__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **NJ Criminal Interdiction LLC** | Case number (if known) | **6:24-bk-00468-GER** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $799.00 |

**Javier Lofton**
**3618 Stonegate Rd**
**Quincy, IL 62305**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Course Fees__

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $2,728.00 |

**JB4 Enterprises**
**3481 Woodbyne Road**
**Hellertown, PA 18055**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Service Fees__

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $10,043.88 |

**JBMV Group LLC**
**6046 Tamarack Drive**
**Allentown, PA 18104**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Service Fees__

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $1,350.00 |

**JCK Academy**
**72 Great Oak Road**
**Trenton, NJ 08690**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Service Fees__

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $498.00 |

**Jeremy Castillion Jolee Knight**
**Long Beach Police Department**
**PO Box 929**
**Long Beach, MS 39560**

Date(s) debt was incurred _2/6/24_
Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Course Fees__

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $649.00 |

**Jeremy Ducker**
** Santa Rosa County Sheriffs Offi**
**6218 Jenks Drive**
**Gulf Breeze, FL 32563**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Course Fees__

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $299.00 |

**Jesse Binkley**
**James Hilles Alliance Police**
**470 East Market Street**
**Alliance, OH 44601**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Course Fees__

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **NJ Criminal Interdiction LLC**
Name

Case number (if known) **6:24-bk-00468-GER**

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$649.00** |
|---|---|---|---|

**John Bauman**
**Stanislaus County Sheriff Office**
**250 E Hackett Rd.**
**Modesto, CA 95358**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Course Fees__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$649.00** |
|---|---|---|---|

**John Moss**
**Stanislaus County Sheriff Office**
**250 E Hackett Rd**
**Modesto, CA 95358**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Course Fees__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$299.00** |
|---|---|---|---|

**Johnny Worthy**
**Reidsville Police Department**
**220 W. Morehead St.**
**Reidsville, NC 27320**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Course Fees__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$675.00** |
|---|---|---|---|

**Jose Roman, Nick Workman,**
**Bryan Mack**
**Mayfield Police Department**
**900 Commonwealth Drive**
**Mayfield, KY 42066**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Course Fees__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$249.00** |
|---|---|---|---|

**Joshua Brunet**
**Josh Brunet Mishawaka Police Dep**
**412 Rosewood Dr Apt 6**
**Mishawaka, IN 46544**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Course Fees__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$299.00** |
|---|---|---|---|

**Kelsey Conn**
**6383 Sauk Ct**
**Grove City, OH 43123**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Course Fees__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$225.00** |
|---|---|---|---|

**Kenneth Branford**
**Bensalem Township Police Departm**
**2400 Byberry Road**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Course Fees__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | NJ Criminal Interdiction LLC | Case number (if known) | 6:24-bk-00468-GER |
|---|---|---|---|
| | Name | | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $299.00 |
|---|---|---|---|
| | **Kevin Collman** | ■ Contingent | |
| | **Ardmore PD** | ☐ Unliquidated | |
| | **808 Carter St SE** | ☐ Disputed | |
| | **Ardmore, OK 73401** | | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Course Fees** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $225.00 |
|---|---|---|---|
| | **Kevin Howard** | ■ Contingent | |
| | **Bensalem Township Police Departm** | ☐ Unliquidated | |
| | **2400 Byberry Road** | ☐ Disputed | |
| | **Bensalem, PA 19020** | | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Course Fees** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $225.00 |
|---|---|---|---|
| | **Kevin Wojciechowski** | ■ Contingent | |
| | **Bensalem Township Police Departm** | ☐ Unliquidated | |
| | **2400 Byberry Road** | ☐ Disputed | |
| | **Bensalem, PA 19020** | | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Course Fees** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $299.00 |
|---|---|---|---|
| | **Kim O'Laughlin** | ■ Contingent | |
| | **Cuyahoga Falls Police Department** | ☐ Unliquidated | |
| | **2310 2nd St** | ☐ Disputed | |
| | **Cuyahoga Falls, OH 44221** | | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Course Fees** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,855.00 |
|---|---|---|---|
| | **Krewer SCT LLC** | ☐ Contingent | |
| | **2947 S. 15th Street** | ☐ Unliquidated | |
| | **Philadelphia, PA 19145** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Service Fees** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $299.00 |
|---|---|---|---|
| | **Kyle Walker** | ■ Contingent | |
| | **Orange City Police Department** | ☐ Unliquidated | |
| | **207 N. Holly Avenue** | ☐ Disputed | |
| | **Orange City, FL 32763** | | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Course Fees** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $299.00 |
|---|---|---|---|
| | **Logan Ferguson** | ■ Contingent | |
| | **Greenville Police Department** | ☐ Unliquidated | |
| | **PO Box 2207** | ☐ Disputed | |
| | **Greenville, SC 29602** | | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Course Fees** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **NJ Criminal Interdiction LLC** | Case number (if known) | **6:24-bk-00468-GER** |
|---|---|---|---|
| | Name | | |

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $299.00 |
|---|---|---|---|

**Mallory Naftzger**
**7124 Quail Lakes Dr.**
**Holland, OH 43528**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Course Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $649.00 |
|---|---|---|---|

**Marcelo Camacho**
**Chandler Police Department**
**PO BOX 4008 MS 303**
**Chandler, AZ 85244**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Course Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225.00 |
|---|---|---|---|

**Mark Dornisch**
**Bensalem Township Police Departm**
**2400 Byberry Road**
**Bensalem, PA 19020**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Course Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Marriott Village Orlando**
**c/o Jessica Sherbert**
**8601 Vineland Avenue**
**Orlando, FL 32821**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Room Block Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225.00 |
|---|---|---|---|

**Mathew Bodily**
**Missoula County Sheriff's Office**
**200 W Broadway St**
**Missoula, MT 59802**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Course Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225.00 |
|---|---|---|---|

**Matthew Lee**
**North Dakota Highway Patrol**
**600 E Boulevard Ave #504**
**  ND 58508**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Course Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $498.00 |
|---|---|---|---|

**Matthew Michaelis Rafael Gomez**
**Stanislaus County Sheriff Office**
**250 E Hackett Rd.**
**Modesto, CA 95358**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Course Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | NJ Criminal Interdiction LLC | Case number (if known) | 6:24-bk-00468-GER |
|---|---|---|---|
| | Name | | |

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $299.00 |
|---|---|---|---|

**Matthew Randolph**
**Cleveland Division of Police**
**273 Augusta drive Elyria**
**Elyria, OH 44035**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Course Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $649.00 |
|---|---|---|---|

**Matthew Saul**
**Lynnwood Police Dept.**
**7426 86th ST NE**
**Marysville, WA 98270**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Course Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $225.00 |
|---|---|---|---|

**Matthew Tobie**
**Bensalem Township Police Depart**
**2400 Byberry Road**
**Bensalem, PA 19020**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Course Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $299.00 |
|---|---|---|---|

**Maurisio Miranda**
**Chandler Police Department**
**PO BOX 4008**
**Chandler, AZ 85244**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Course Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $327.00 |
|---|---|---|---|

**Medium Grass LLC**
**403 Evans Court**
**Mount Laurel, NJ 08054**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Service Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $249.00 |
|---|---|---|---|

**Megan Heinemann**
**5910 Beuna Pkwy**
**Haslett, MI 48864**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Course Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $225.00 |
|---|---|---|---|

**Megan Heinemann**
**5910 Beuna Pkwy**
**Okemos, MI 48864**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Course Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | NJ Criminal Interdiction LLC | | Case number (if known) | 6:24-bk-00468-GER |
|---|---|---|---|---|
| | Name | | | |

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $249.00 |
|---|---|---|---|

**Micah Gardner**
**Christiansburg Police Department**
**100 East Main Street**
**Christiansburg, VA 24073**

Date(s) debt was incurred  1/23/24

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Course Fees

Is the claim subject to offset? ■ No ☐ Yes

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $249.00 |
|---|---|---|---|

**Micah Gardner**
**Christiansburg Police Department**
**100 East Main Street**
**Christiansburg, VA 24073**

Date(s) debt was incurred  1/24/24

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Course Fees

Is the claim subject to offset? ■ No ☐ Yes

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $598.00 |
|---|---|---|---|

**Micah Gardner Chris Dishon**
**Christiansburg Police Department**
**100 East Main Street**
**Christiansburg, VA 24073**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Course Fees

Is the claim subject to offset? ■ No ☐ Yes

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $649.00 |
|---|---|---|---|

**Michael Vargas**
**Philadelphia Police Dept**
**883 Morefield Rd**
**Philadelphia, PA 19115**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Course Fees

Is the claim subject to offset? ■ No ☐ Yes

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,000.00 |
|---|---|---|---|

**MikeWorldWide Group LLC**
**One Meadowslands Plaza**
**15th Floor**
**East Rutherford, NJ 07073**

Date(s) debt was incurred __

Last 4 digits of account number  1447

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Trade Services

Is the claim subject to offset? ■ No ☐ Yes

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $773.00 |
|---|---|---|---|

**MTL Training and Consulting**
**6 Fountain Blvd**
**Burlington, NJ 08016**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Service Fees

Is the claim subject to offset? ■ No ☐ Yes

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $249.00 |
|---|---|---|---|

**Nathalia Pineda**
**Aurora Police Department**
**44 East Downer Place**
**Aurora, IL 60505**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Course Fees

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | NJ Criminal Interdiction LLC | | Case number (if known) | **6:24-bk-00468-GER** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225.00 |
|---|---|---|---|

Nathan Chapin
**Fort Walton Beach Police Depart**
**7 Hollywood Boulevard NE**
**Fort Walton Beach, FL 32548**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Course Fees

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $299.00 |
|---|---|---|---|

**Nathaniel Rosenbauer**
**Englewood Police Department**
**333 West National Road**
**Englewood, OH 45322**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Course Fees

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225.00 |
|---|---|---|---|

**Nebraska State Patrol**
**4600 Innovation Drive**
**Lincoln, NE 68509**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Course Fees

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,245.00 |
|---|---|---|---|

**Nevada Police Dept.**
**Department of Public Safety**
**555 Wright Way**
**Carson City, NV 89711**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _2/6/24_

**Basis for the claim:** Course Fees

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $299.00 |
|---|---|---|---|

**Nicholas Kline**
**Solon PD**
**33000 Solon Rd**
**Solon, OH 44139**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Course Fees

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $799.00 |
|---|---|---|---|

**Nicole Gehrke**
**PO Box 3524**
**Mankato, MN 56002**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Course Fees

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225.00 |
|---|---|---|---|

**Nik Jovanovski**
**Wixom Police Department**
**49045 Pontiac Trail**
**Wixom, MI 48393**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Course Fees

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | NJ Criminal Interdiction LLC | | Case number (if known) | **6:24-bk-00468-GER** |
|---|---|---|---|---|
| | Name | | | |

**3.110**

Nonpriority creditor's name and mailing address
Omar Marquez
Red Oak Police
410 Chad Lane Red Oak
Red Oak, TX 75154

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$225.00**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Course Fees**
Is the claim subject to offset? ■ No ☐ Yes

**3.111**

Nonpriority creditor's name and mailing address
Oneface LLC
39 Kipling Way
Manalapan, NJ 07726

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service Fees**
Is the claim subject to offset? ■ No ☐ Yes

**3.112**

Nonpriority creditor's name and mailing address
Panagiotis Tsekouras
190 Sandshore Rd
Budd Lake, NJ 07828

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$799.00**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Course Fees**
Is the claim subject to offset? ■ No ☐ Yes

**3.113**

Nonpriority creditor's name and mailing address
Patrick Crossland
Larimer County Sheriff's Office
2501 Midpoint Dr
Fort Collins, CO 80525

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$225.00**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Course Fees**
Is the claim subject to offset? ■ No ☐ Yes

**3.114**

Nonpriority creditor's name and mailing address
Patrick Woodrum
Christiansburg Police Department
100 East Main Street
Christiansburg, VA 24073

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$299.00**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Course Fees**
Is the claim subject to offset? ■ No ☐ Yes

**3.115**

Nonpriority creditor's name and mailing address
Paul Flores
Vestavia Hills Police Department
1032 Montgomery Hwy
Birmingham, AL 35216

Date(s) debt was incurred **2/8/24**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$249.00**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Course Fees**
Is the claim subject to offset? ■ No ☐ Yes

**3.116**

Nonpriority creditor's name and mailing address
Plosia Cohen LLC
385 Route 24
Chester, NJ 07930

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Attorney Fees**
Is the claim subject to offset? ■ No ☐ Yes

| Debtor | NJ Criminal Interdiction LLC | Case number (if known) | 6:24-bk-00468-GER |
|---|---|---|---|
| | Name | | |

---

**3.117** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$603.83**

**RAB Fire Arms Training and Consu**
915 Bennetts Mills Road
Ste 877
Jackson, NJ 08527

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Service Fees__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.118** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$436.00**

**Rabbitproof Fence Consulting LLC**
14 Pebble Beach Way
Washington, NJ 07882

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Service Fees__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$649.00**

**Ramona Marquez**
Aurora PD
3847 Bissel Dr
Yorkville, IL 60560

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Course Fees__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,020.00**

**Richard Marquez**
Bensalem Township Police Depart
2400 Byberry Road

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Course Fees__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$225.00**

**Robert Schwarting**
Bensalem Township Police Depart
2400 Byberry Road

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Course Fees__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.122** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,710.50**

**RVS Group**
9 Hunters Trail
Warren, NJ 07059

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Service Fees__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.123** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$225.00**

**Ryan Moxley**
Davie County Sheriffs office
132 Government Center Dr
Mocksville, NC 27028

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __1/26/24__

**Basis for the claim:** __Course Fees__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | NJ Criminal Interdiction LLC | Case number (if known) | 6:24-bk-00468-GER |
|---|---|---|---|
| | Name | | |

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149.00 |
|---|---|---|---|

Ryan Pharo
UW-Madison Police Department
1429 Monroe Street
12/1/23, WI 53711

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Course Fees

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $299.00 |
|---|---|---|---|

Sam Mullis
Anson County Sheriff's Office
119 N. Washington Street
Wadesboro, NC 28170

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Course Fees

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225.00 |
|---|---|---|---|

Seth Steele
High Point Police Department
1730 Westchester Dr.

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/26/24

Basis for the claim:  Course Fees

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,173.14 |
|---|---|---|---|

SFA 50 Millstone Road, LLC
312 Route 38 West
Suite 100
Moorestown, NJ 08057

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Lease

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $299.00 |
|---|---|---|---|

Shannon McCalla
James Hilles Alliance Police Dep
470 East Market Street
Alliance, OH 44601

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Course Fees

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $299.00 |
|---|---|---|---|

Shawn Pritchett
Greenville County Sheriffs Offic
4 McGee Street
Greenville, SC 29602

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/2/24

Basis for the claim:  Course Fees

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225.00 |
|---|---|---|---|

Shawn Ruff
Davie County Sheriffs office
132 Government Center Dr
 NC 27029

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/26/24

Basis for the claim:  Course Fees

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | NJ Criminal Interdiction LLC | Case number (if known) | 6:24-bk-00468-GER |
|---|---|---|---|
| | Name | | |

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$225.00** |
|---|---|---|---|

**Spenser Myers**
**Pennsylvania State Police**
**2049 Terrace View Ln**
**Mechanicsburg, PA 17055**

Date(s) debt was incurred  **2/5/24**
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Course Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**State of New Jersey**
**c/o Kevin Walsh, Acting State**
**Comptroller**
**20 W. Street, 12th Fl**
**Trenton, NJ 08625**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**State of New Jersey**
**Division on Civil Rights**
**124 Halsey Street**
**Newark, NJ 07102**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$299.00** |
|---|---|---|---|

**Stephen McGouldrick**
**1420 Bellaire Place,**
**Pittsburgh, PA 15226**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Course Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$97.00** |
|---|---|---|---|

**TCW Industries**
**27 Sacremento Way**
**Asbury Park, NJ 07712**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Service Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,202.13** |
|---|---|---|---|

**Thin Blue Line Consulting**
**3 Napa Court**
**Cortlandt Manor, NY 10567**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Service Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$299.00** |
|---|---|---|---|

**Thomas Kazimer**
**Solon PD**
**33000 Solon Rd**
**Bay Village, OH 44140**

Date(s) debt was incurred  **1/19/24**
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Course Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **NJ Criminal Interdiction LLC** | Case number (if known) | **6:24-bk-00468-GER** |
|---|---|---|---|
| | Name | | |

---

**3.138** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$225.00**

**Thomas Martinka**
**Bensalem Township Police Depart**
**2400 Byberry Road**
**Bensalem, PA 19020**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Course Fees__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.139** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$649.00**

**Thomas Wortman**
**Stanislaus County Sheriff Office**
**250 E Hackett Rd.**
**Modesto, CA 95358**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Course Fees__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$225.00**

**Travis Strickland**
**Lufkin Police Department**
**300 E. Shepherd St Lufkin**
**Lufkin, TX 75902**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __1/24/24__

Basis for the claim: __Course Fees__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.141** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$649.00**

**Tristan White**
**2000 Larkflower Way**
**Lincoln, CA 95648**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Course Fees__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$249.00**

**Ty Watson**
**420 North Broadway Wells**
**Wells, MN 56097**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __1/22/24__

Basis for the claim: __Course Fees__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,990.88**

**Underworld LLC**
**8 Orchard Drive**
**Whitehouse Station, NJ 08889**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Service Fees__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$225.00**

**Will Gallus**
**National Park Service**
**10 Organ Pipe Drive**
**Ajo, AZ 85321**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Course Fees__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **NJ Criminal Interdiction LLC**                          Case number (if known)    **6:24-bk-00468-GER**
_____
Name

| | | |
|---|---|---|
| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $299.00 |

3.145 **Nonpriority creditor's name and mailing address**

**Willliam Mayhew**
**Charles Co Sheriff's Office**
**6915 Crain Hwy**
**PO Box 189**
**La Plata, MD 20646**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    $299.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Course Fees**

Is the claim subject to offset? ■ No ☐ Yes

3.146 **Nonpriority creditor's name and mailing address**

**Zacchary Walters**
**Nowata County Sheriffs Office**
**209 N. Maplen**
**Owata, OK 74048**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    $249.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Course Fees**

Is the claim subject to offset? ■ No ☐ Yes

3.147 **Nonpriority creditor's name and mailing address**

**Zachary Miller**
**102 Lexington Drive**
**Williamsburg, VA 23188**

Date(s) debt was incurred  **11-18-23**
Last 4 digits of account number  **1014**

As of the petition filing date, the claim is: Check all that apply.    $18,130.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Jane C. Schuster, Esq.**<br>**Office of the State Comptroller**<br>**20 W. State Street, 12th Floor**<br>**Trenton, NJ 08625** | Line **3.132**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **McElroy, Deutsch, Mulvaney &**<br>**Carpenter, LLP c/o David Reilly**<br>**1300 Mount Kemble Avenue**<br>**Morristown, NJ 07962** | Line **3.51**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Surinder A. Aggarwal**<br>**Division of Civil Rights**<br>**124 Halsey Street**<br>**Newark, NJ 07102** | Line **3.133**<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 478,652.71 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 478,652.71 |

| Fill in this information to identify the case: |
|---|
| Debtor name  **NJ Criminal Interdiction LLC** |
| United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA |
| Case number (if known)  **6:24-bk-00468-GER** |

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Event Contract** | |
| | State the term remaining | **2 months** | **Gaylord Palms Resort & Convention** |
| | List the contract number of any government contract | | **6000 West Osceola Parkway Kissimmee, FL 34746** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Event Contract - Block of rooms** | |
| | State the term remaining | **2 months** | **Marriott Village** |
| | List the contract number of any government contract | | **5601 Vineland Avenue Orlando, FL 32821** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement** | |
| | State the term remaining | **3 months** | **SFA 50 Millstone Road, LLC** |
| | List the contract number of any government contract | | **312 Route 38 West Suite 100 Moorestown, NJ 08057** |

**Fill in this information to identify the case:**

Debtor name __NJ Criminal Interdiction LLC__

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)  __6:24-bk-00468-GER__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1: Codebtor*                        *Column 2: Creditor*

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | | Street / City State Zip Code | | | ☐ D ☐ E/F ☐ G |
| 2.2 | | Street / City State Zip Code | | | ☐ D ☐ E/F ☐ G |
| 2.3 | | Street / City State Zip Code | | | ☐ D ☐ E/F ☐ G |
| 2.4 | | Street / City State Zip Code | | | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name   **NJ Criminal Interdiction LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **6:24-bk-00468-GER**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- |
| **For prior year:** From **1/01/2023** to **12/31/2023** | ■ Operating a business <br> ☐ Other _____ | **$5,038,417.40** |
| **For year before that:** From **1/01/2022** to **12/31/2022** | ■ Operating a business <br> ☐ Other _____ | **$4,431,856.00** |
| **For the fiscal year:** From **1/01/2021** to **12/31/2021** | ■ Operating a business <br> ☐ Other _____ | **$4,041,428.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
| --- | --- | --- | --- |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | NJ Criminal Interdiction LLC | Case number (if known) | 6:24-bk-00468-GER |
|---|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | NJ Criminal Interdiction v. James Valvano, Esq.<br>VA-2022-04011F | Fee Arbitration | Supreme Court of New Jersey<br>District VA Fee Arbitration Committee<br>570 Broad Street<br>Newark, NJ 07102 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Dennis Benigno, Et al., v. Kevin Walsh, Acting State Comptroller, State of New Jersey, Office the State Comptroller**<br>**23-3248 (MAS) (DEA)** | **First and Fourth Amendment Rights** | **United States District Court District of New Jersey**<br>**50 Walnut Street, #4015**<br>**Newark, NJ 07102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

| Debtor | NJ Criminal Interdiction LLC | Case number *(if known)*  **6:24-bk-00468-GER** |
|---|---|---|

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Latham, Luna, Eden & Beaudine, LLP**<br>**201 S. Orange Avenue**<br>**Suite 1400**<br>**Orlando, FL 32801** | | **1/16/2024 and 1/18/27** | **$41,738.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

## Part 7:   Previous Locations

| Debtor | NJ Criminal Interdiction LLC | Case number (if known) | 6:24-bk-00468-GER |
|---|---|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **50 Millstone Road**<br>**E. Windsor, NJ 08520** | **2020-2023** |

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Street Cop Training Student Email Addresses**

Does the debtor have a privacy policy about that information?
■ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor    NJ Criminal Interdiction LLC                                        Case number *(if known)*    6:24-bk-00468-GER

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |
| **One Mile Self Storage 117 One Mile Road East Windsor, NY** | **Dennis Benigno, Caitlyn Magee and Alexander Synder** | **Merchandise** | ■ No ☐ Yes |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Debtor | NJ Criminal Interdiction LLC | | Case number *(if known)*  **6:24-bk-00468-GER** |
|---|---|---|---|

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Adeptus Partners, LLC**<br>**733 Route 35**<br>**Suite A**<br>**Asbury Park, NJ 07712** | **2020 to Present** |
| 26a.2. | **Yareline Minacapelli**<br>**864 Georges Road**<br>**Monmouth Junction, NJ 08852** | **2020 to Present** |
| 26a.3. | **Melissa Woltmann**<br>**2301 Willet Place #1319**<br>**Melbourne, FL 32940** | **2020 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **Yarelin Minacapelli**<br>**894 Georges Road**<br>**Monmouth Junction, NJ 08852** | **2020-2023** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Adeptus Partners, LLC**<br>**733 Route 35**<br>**Suite A**<br>**Asbury Park, NJ 07712** | |
| 26c.2. | **Yarelin Minacapelli**<br>**894 Georges Road**<br>**Monmouth Junction, NJ 08852** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

| Debtor | NJ Criminal Interdiction LLC | Case number (if known) | 6:24-bk-00468-GER |
|---|---|---|---|

■ None

**Name and address**

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | | April 2023 | Unknown |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | Caitlyn Magee<br>2301 Willet Place #1319<br>Melbourne, FL 32940 |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dennis Benigno | 2301 Willet Place, #319<br>Melbourne, FL 32940 | Managing Member | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Dennis Benigno<br>2301 Willet Place #1319<br>Melbourne, FL 32940 | 738,536.75 (Distributions) | | |

| | Relationship to debtor |
|---|---|
| | Managing Member |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

Debtor    **NJ Criminal Interdiction LLC**                                              Case number *(if known)*    **6:24-bk-00468-GER**

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

Debtor    **NJ Criminal Interdiction LLC**                    Case number *(if known)*  **6:24-bk-00468-GER**

| Part 14: | Signature and Declaration |
|---|---|

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 28, 2024**

Signature of individual signing on behalf of the debtor

**Dennis Benigno**
Printed name

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes