| Fill in this information to identify the case: |
| --- |

Debtor name __NJ Criminal Interdiction LLC__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF FLORIDA__

Case number (if known) __6:24-bk-00468-GER__

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
| --- | --- | --- |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,962.00 |
| --- | --- | --- | --- |
| | **886 Consulting LLC** | ☐ Contingent | |
| | **48 Meadow Rue Place** | ☐ Unliquidated | |
| | **Ballston Spa, NY 12020** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Service Fees__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $225.00 |
| --- | --- | --- | --- |
| | **Aaron Lewis** | ■ Contingent | |
| | **Texarkana Texas Police** | ☐ Unliquidated | |
| | **100 N. Stateline Ave, Box 16** | ☐ Disputed | |
| | **Texarkana, TX 75501** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __Course Fees__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $649.00 |
| --- | --- | --- | --- |
| | **Adam Stovall** | ■ Contingent | |
| | **Stanislaus County Sheriff Office** | ☐ Unliquidated | |
| | **250 E Hackett Rd** | ☐ Disputed | |
| | **Modesto, CA 95358** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __Course Fees__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,500.00 |
| --- | --- | --- | --- |
| | **Adeptus Partners, LLC** | ☐ Contingent | |
| | **733 Route 35** | ☐ Unliquidated | |
| | **Suite A** | ☐ Disputed | |
| | **Asbury Park, NJ 07712** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __Accounting Services__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor  **NJ Criminal Interdiction LLC**                                    Case number (if known)  **6:24-bk-00468-GER**
_____
Name

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $299.00 |
|---|---|---|---|

**Adolfo Herrejon**
**Fresno Police Dept**
**2600 Fresno St**
**Fresno, CA 93721**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Course Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $649.00 |
|---|---|---|---|

**Alberto Navarro**
**Stanislaus County Sheriff Office**
**250 E Hackett Rd**
**Mariposa, CA 95338**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Course Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,632.17 |
|---|---|---|---|

**American Express**
**PO Box 96001**
**Los Angeles, CA 90096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Credit Card**

Last 4 digits of account number  **3005**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10,815.11 |
|---|---|---|---|

**American Express**
**PO Box 96001**
**Los Angeles, CA 90096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Credit Card**

Last 4 digits of account number  **1003**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $249.00 |
|---|---|---|---|

**Andrew Doney**
**Pulaski Police Department**
**PO Box 660**
**Pulaski, VA 24301**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/23/24**

**Basis for the claim:  Course Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $249.00 |
|---|---|---|---|

**Andrew Doney**
**Pulaski Police Department**
**PO Box 600**
**Pulaski, VA 24301**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/24/24**

**Basis for the claim:  Course Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,002.00 |
|---|---|---|---|

**Anney Mae**
**12810 Murphy Grove Terrace**
**Clarksburg, MD 20871**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Service Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **NJ Criminal Interdiction LLC**
_____
Name

Case number (if known)   **6:24-bk-00468-GER**

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $498.00 |
|---|---|---|---|

**Ashley Mendez, Emma Orr**
**Rock Hill Police Department**
**PO Box 11706**
**Rock Hill, SC 29731**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Course Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225.00 |
|---|---|---|---|

**Austin Hilzendeger**
**North Dakota Highway Patrol**
**600 E Boulevard Ave #504**
**Bismarck, ND 58505**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/19/24**

Basis for the claim:  **Course Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225.00 |
|---|---|---|---|

**Austin Porter**
**Montana DCI**
**411 North 7th Street**
**Miles City, MT 59301**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Course Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,837.00 |
|---|---|---|---|

**BG Trap Train LLC**
**8 Tree Farm Lane**
**Mahwah, NJ 07430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Service Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225.00 |
|---|---|---|---|

**Blake Carpenter**
**High Point Police Department**
**1730 Westchester Dr.**
**High Point, NC 27262**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/26/24**

Basis for the claim:  **Course Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $299.00 |
|---|---|---|---|

**Bohdanna Danylewycz**
**Ohio Narcotics Intelligence Ctr**
**11769 Beckenham Road**
**North Royalton, OH 44133**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/18/24**

Basis for the claim:  **Course Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $249.00 |
|---|---|---|---|

**Brandon Jinks**
**Louisiana State Police**
**805 Main Street**
**Lake Charles, LA 70615**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Course Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **NJ Criminal Interdiction LLC**                          Case number (if known)   **6:24-bk-00468-GER**
_____
Name

| | | |
|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,796.00** |

3.19 | **Nonpriority creditor's name and mailing address**
**Brendan Buehre, Colin Harruff,**
**Cory Schalburg and Doug Baker**
**Fishers Police Department**
**4 Municipal Dr Fishers**
**Fishers, IN 46038**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.     **$2,796.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Course Fees**

Is the claim subject to offset? ☐ No ☐ Yes

---

3.20 | **Nonpriority creditor's name and mailing address**
**Bret Babbitt**
**Stanislaus County Sheriff Office**
**250 E Hackett Rd**
**Modesto, CA 95358**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.     **$649.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Course Fees**

Is the claim subject to offset? ☐ No ☐ Yes

---

3.21 | **Nonpriority creditor's name and mailing address**
**Brian Tolbert**
**South Carolina Law Enforcement D**
**4400 Broad River Road**
**Columbia, SC 29210**

Date(s) debt was incurred  **2//2/24**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.     **$299.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Course Fees**

Is the claim subject to offset? ☐ No ☐ Yes

---

3.22 | **Nonpriority creditor's name and mailing address**
**Bryan Ponce**
**Manor Police Department**
**402 W. Parsons Street**
**Manor, TX 78653**

Date(s) debt was incurred  **1/22/24**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.     **$225.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Course Fees**

Is the claim subject to offset? ☐ No ☐ Yes

---

3.23 | **Nonpriority creditor's name and mailing address**
**Caitlin Anthony**
**Ohio Narcotics Intelligence Agen**
**4945 Hillcrest Road**
**Trenton, MI 48183**

Date(s) debt was incurred  **1/19/24**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.     **$299.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Course Fees**

Is the claim subject to offset? ☐ No ☐ Yes

---

3.24 | **Nonpriority creditor's name and mailing address**
**Capital One**
**PO Box 30285**
**Salt Lake City, UT 84130-0285**

Date(s) debt was incurred __

Last 4 digits of account number  **7670**

As of the petition filing date, the claim is: Check all that apply.     **$21,490.70**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

3.25 | **Nonpriority creditor's name and mailing address**
**Catherine Beers**
**Sedona Police Department**
**100 Roadrunner Drive**
**Sedona, AZ 86336**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.     **$249.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Course Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **NJ Criminal Interdiction LLC** | Case number (if known) | **6:24-bk-00468-GER** |
|---|---|---|---|
| | Name | | |

---

**3.26**

**Nonpriority creditor's name and mailing address**
**Chadwick McGuffin**
**Maricopa County Sheriff's Office**
**550 W. Jackson Street**
**Phoenix, AZ 85003**

Date(s) debt was incurred  **1/12/24**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Course Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$498.00**

---

**3.27**

**Nonpriority creditor's name and mailing address**
**Chris Burton**
**Greenville County Sheriffs Offic**
**4 McGree Street**
**Greenville, SC 29601**

Date(s) debt was incurred  **2/2/24**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Course Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$299.00**

---

**3.28**

**Nonpriority creditor's name and mailing address**
**Chris Flood**
**Douglas County Sheriff's Office**
**111 E 11th St**
**Lawrence, KS 66044**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Course Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$249.00**

---

**3.29**

**Nonpriority creditor's name and mailing address**
**Chris Hooks**
**Colonie PD**
**45 Doorstone Drive South**
**Latham, NY 12110**

Date(s) debt was incurred  **2/5/24**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Course Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$249.00**

---

**3.30**

**Nonpriority creditor's name and mailing address**
**Christine Kelsey and Tyler Gerke**
**Pettis Co. Sheriff's Office**
**319 S. Lamine**
**Sedalia, MO 65301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Course Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$996.00**

---

**3.31**

**Nonpriority creditor's name and mailing address**
**Christopher Pulver**
**North Dakota Highway Patrol**
**600 E Boulevard Ave #504**
**Bismarck, ND 58506**

Date(s) debt was incurred  **1/19/24**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Course Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$225.00**

---

**3.32**

**Nonpriority creditor's name and mailing address**
**Clavos**
**2369 Bear Rock Glen**
**Escondido, CA 92026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$10,809.00**

---

| Debtor | **NJ Criminal Interdiction LLC** | Case number *(if known)* | **6:24-bk-00468-GER** |
|---|---|---|---|
| | Name | | |

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$249.00** |
|---|---|---|---|

**Colton Bonner**
**Douglas County Sheriff's Office**
**111 E 11th St**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Course Fees**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$249.00** |
|---|---|---|---|

**Cory Pierce**
**Douglas County Sheriff's Office**
**111 E 11th St**
**Lawrence, KS 66046**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Course Fees**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,493.72** |
|---|---|---|---|

**Craig Meyer SCT**
**3103 Forestwood Drive**
**Bryan, TX 77801**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Service Fees**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,575.00** |
|---|---|---|---|

**Daniel Belles**
**Colonie :Police Department**
**312 Wolf Road**
**Latham, NY 12110**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Course Fees**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$649.00** |
|---|---|---|---|

**Daniel DeCroix**
**Stanislaus County Sheriff Office**
**250 E Hackett Rd.**
**Modesto, CA 95358**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Course Fees**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$149.00** |
|---|---|---|---|

**Daniel Orth**
**Bensalem Township Police Depart**
**2400 Byberry Road**
**Bensalem, PA 19020**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Course Fees**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$225.00** |
|---|---|---|---|

**Darby Kessner**
**North Dakota Highway Patrol**
**600 E Boulevard Ave #504**
**Bismarck, ND 58507**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **1/19/24**

Basis for the claim:  **Course Fees**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **NJ Criminal Interdiction LLC**                                   Case number (if known)   **6:24-bk-00468-GER**
      Name

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $249.00 |
|---|---|---|---|

**3.40**

Nonpriority creditor's name and mailing address
**Duncan McClesky**
**Prince George's County Police**
**2219 Washington Ave, Apt 303**
**Silver Spring, MD 20910**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Course Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$249.00**

---

**3.41**

Nonpriority creditor's name and mailing address
**Edward Cicero**
**Stanislaus County Sheriff Office**
**250 E Hackett Rd**
**Modesto, CA 95358**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Course Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$649.00**

---

**3.42**

Nonpriority creditor's name and mailing address
**Erik Rebstock**
**Illinois State Police**
**306 South Washington**
**Mc Leansboro, IL 62859**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Course Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$299.00**

---

**3.43**

Nonpriority creditor's name and mailing address
**Ethan Steven Kyle Davidson**
**Christiansburg Police Department**
**100 East Main Street**
**Christiansburg, VA 24073**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Course Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$598.00**

---

**3.44**

Nonpriority creditor's name and mailing address
**Evan Monroe**
**King George Sheriffs Office**
**10445 Government Center Blvd**
**King George, VA 22485**

Date(s) debt was incurred  **1/23/24**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Course Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$249.00**

---

**3.45**

Nonpriority creditor's name and mailing address
**Evan Monroe**
**King George Sheriffs Office**
**10445 Government Center Blvd**
**King George, VA 22485**

Date(s) debt was incurred  **1/24/24**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Course Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$249.00**

---

**3.46**

Nonpriority creditor's name and mailing address
**Favio Topete**
**Stanislaus County Sheriff Office**
**250 E Hackett Rd.**
**Modesto, CA 95358**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Course Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$649.00**

---

Debtor  **NJ Criminal Interdiction LLC**
_____
Name

Case number (if known)   **6:24-bk-00468-GER**

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $225.00 |
|---|---|---|---|

**Francis McColgan**
**Bensalem Township Police Departm**
**2400 Byberry Road**
**Bensalem, PA 19020**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Course Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $299.00 |
|---|---|---|---|

**Garrett Ruark**
**Guntersville Police Department**
**341 Gunter Avenue**
**Guntersville, AL 35976**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Course Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $150,000.00 |
|---|---|---|---|

**Gaylord Palms Resort & Conventio**
**6000 West Osceola Parkway**
**Kissimmee, FL 34746**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Room Block Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $225.00 |
|---|---|---|---|

**Graham Bozarth**
**Sapula Police Department**
**20 W. Walnut Street**
**Sapulpa, OK 74066**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Course Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $23,989.65 |
|---|---|---|---|

**Greenspoon Marder, LLP**
**c/o  James Valvano, Esq.**
**Robert Rando, Esq.**
**Suite 1800**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Attorney Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $225.00 |
|---|---|---|---|

**Haleigh Daniel**
**City of Hamilton, OH Police**
**331 S. Front Street**
**Hamilton, OH 45011**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Course Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,947.00 |
|---|---|---|---|

**Heriberto Rodriguez, Daniel**
**McLawrence, Baltazar Rivera**
**New Haven Police Department**
**1 Union Avenue**
**New Haven, CT 06519**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Course Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **NJ Criminal Interdiction LLC** | | Case number (if known) | **6:24-bk-00468-GER** |
|---|---|---|---|---|
| | Name | | | |

---

**3.54** | Nonpriority creditor's name and mailing address

**Inspire Solutions LLC**
**125 Pearl Street**
**PO Box 850911**
**Braintree, MA 02185**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service Fees**

Is the claim subject to offset? ☐ No ☐ Yes

**$25,353.00**

---

**3.55** | Nonpriority creditor's name and mailing address

**Issac Borman**
**222 Marina Street**
**Prescott, AZ 86303**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Course Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$249.00**

---

**3.56** | Nonpriority creditor's name and mailing address

**Issac Craig**
**Illinois State Police**
**130 Oshel St**
**Stonefort, IL 62987**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Course Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$299.00**

---

**3.57** | Nonpriority creditor's name and mailing address

**Jacob Presnell**
**Statesville Police Department**
**330 S. Tradd Street**
**Statesville, NC 28677**

Date(s) debt was incurred  **1/26/24**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Course Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$225.00**

---

**3.58** | Nonpriority creditor's name and mailing address

**Jamie Clark**
**Show Low P.D.**
**411 Deuce Clbs**
**Show Low, AZ 85901**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Course Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$249.00**

---

**3.59** | Nonpriority creditor's name and mailing address

**Jamie Hillgardner**
**Borough of Allendale Police**
**290 Franklin Tpke**
**Allendale, NJ 07401**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Course Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$225.00**

---

**3.60** | Nonpriority creditor's name and mailing address

**Jamison Hancock**
**Mineral County Sheriff's Office**
**PO Box 516**
**Hawthorne, NV 89415**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Course Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$249.00**

---

Debtor    **NJ Criminal Interdiction LLC**                                    Case number *(if known)*    **6:24-bk-00468-GER**
_____
Name

| | | |
|---|---|---|
| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$799.00** |

**Javier Lofton**
**3618 Stonegate Rd**
**Quincy, IL 62305**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Course Fees__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,728.00** |

**JB4 Enterprises**
**3481 Woodbyne Road**
**Hellertown, PA 18055**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Service Fees__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,043.88** |

**JBMV Group LLC**
**6046 Tamarack Drive**
**Allentown, PA 18104**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Service Fees__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,350.00** |

**JCK Academy**
**72 Great Oak Road**
**Trenton, NJ 08690**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Service Fees__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$498.00** |

**Jeremy Castillion Jolee Knight**
**Long Beach Police Department**
**PO Box 929**
**Long Beach, MS 39560**

Date(s) debt was incurred  _2/6/24_

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Course Fees__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$649.00** |

**Jeremy Ducker**
** Santa Rosa County Sheriffs Offi**
**6218 Jenks Drive**
**Gulf Breeze, FL 32563**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Course Fees__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$299.00** |

**Jesse Binkley**
**James Hilles Alliance Police**
**470 East Market Street**
**Alliance, OH 44601**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Course Fees__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **NJ Criminal Interdiction LLC**    Case number (if known)    **6:24-bk-00468-GER**
      Name

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $649.00 |
|---|---|---|---|

**John Bauman**
**Stanislaus County Sheriff Office**
**250 E Hackett Rd.**
**Modesto, CA 95358**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Course Fees__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $649.00 |
|---|---|---|---|

**John Moss**
**Stanislaus County Sheriff Office**
**250 E Hackett Rd**
**Modesto, CA 95358**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Course Fees__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $299.00 |
|---|---|---|---|

**Johnny Worthy**
**Reidsville Police Department**
**220 W. Morehead St.**
**Reidsville, NC 27320**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Course Fees__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $675.00 |
|---|---|---|---|

**Jose Roman, Nick Workman,**
**Bryan Mack**
**Mayfield Police Department**
**900 Commonwealth Drive**
**Mayfield, KY 42066**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Course Fees__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $249.00 |
|---|---|---|---|

**Joshua Brunet**
**Josh Brunet Mishawaka Police Dep**
**412 Rosewood Dr Apt 6**
**Mishawaka, IN 46544**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Course Fees__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $299.00 |
|---|---|---|---|

**Kelsey Conn**
**6383 Sauk Ct**
**Grove City, OH 43123**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Course Fees__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $225.00 |
|---|---|---|---|

**Kenneth Branford**
**Bensalem Township Police Departm**
**2400 Byberry Road**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Course Fees__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | NJ Criminal Interdiction LLC | Case number (if known) | 6:24-bk-00468-GER |
|---|---|---|---|
| | Name | | |

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $299.00

Kevin Collman
Ardmore PD
808 Carter St SE
Ardmore, OK 73401

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Course Fees__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225.00

Kevin Howard
Bensalem Township Police Departm
2400 Byberry Road
Bensalem, PA 19020

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Course Fees__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225.00

Kevin Wojciechowski
Bensalem Township Police Departm
2400 Byberry Road
Bensalem, PA 19020

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Course Fees__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $299.00

Kim O'Laughlin
Cuyahoga Falls Police Department
2310 2nd St
Cuyahoga Falls, OH 44221

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Course Fees__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,855.00

Krewer SCT LLC
2947 S. 15th Street
Philadelphia, PA 19145

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Service Fees__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $299.00

Kyle Walker
Orange City Police Department
207 N. Holly Avenue
Orange City, FL 32763

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Course Fees__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $299.00

Logan Ferguson
Greenville Police Department
PO Box 2207
Greenville, SC 29602

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Course Fees__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **NJ Criminal Interdiction LLC**                                     Case number (if known)    **6:24-bk-00468-GER**
_____
Name

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $299.00 |
|---|---|---|---|

**Mallory Naftzger**
**7124 Quail Lakes Dr.**
**Holland, OH 43528**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Course Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $649.00 |
|---|---|---|---|

**Marcelo Camacho**
**Chandler Police Department**
**PO BOX 4008 MS 303**
**Chandler, AZ 85244**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Course Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225.00 |
|---|---|---|---|

**Mark Dornisch**
**Bensalem Township Police Departm**
**2400 Byberry Road**
**Bensalem, PA 19020**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Course Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Marriott Village Orlando**
**c/o Jessica Sherbert**
**8601 Vineland Avenue**
**Orlando, FL 32821**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Room Block Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225.00 |
|---|---|---|---|

**Mathew Bodily**
**Missoula County Sheriff's Office**
**200 W Broadway St**
**Missoula, MT 59802**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Course Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225.00 |
|---|---|---|---|

**Matthew Lee**
**North Dakota Highway Patrol**
**600 E Boulevard Ave #504**
**ND 58508**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Course Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $498.00 |
|---|---|---|---|

**Matthew Michaelis Rafael Gomez**
**Stanislaus County Sheriff Office**
**250 E Hackett Rd.**
**Modesto, CA 95358**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Course Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **NJ Criminal Interdiction LLC**                              Case number (if known)    **6:24-bk-00468-GER**
　　　　　Name

| | | |
|---|---|---|
| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **Matthew Randolph** | ■ Contingent |
| | **Cleveland Division of Police** | ☐ Unliquidated |
| | **273 Augusta drive Elyria** | ☐ Disputed |
| | **Elyria, OH 44035** | |

$299.00

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Course Fees__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **Matthew Saul** | ■ Contingent |
| | **Lynnwood Police Dept.** | ☐ Unliquidated |
| | **7426 86th ST NE** | ☐ Disputed |
| | **Marysville, WA 98270** | |

$649.00

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Course Fees__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **Matthew Tobie** | ■ Contingent |
| | **Bensalem Township Police Depart** | ☐ Unliquidated |
| | **2400 Byberry Road** | ☐ Disputed |
| | **Bensalem, PA 19020** | |

$225.00

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Course Fees__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **Maurisio Miranda** | ■ Contingent |
| | **Chandler Police Department** | ☐ Unliquidated |
| | **PO BOX 4008** | ☐ Disputed |
| | **Chandler, AZ 85244** | |

$299.00

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Course Fees__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **Medium Grass LLC** | ☐ Contingent |
| | **403 Evans Court** | ☐ Unliquidated |
| | **Mount Laurel, NJ 08054** | ☐ Disputed |

$327.00

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Service Fees__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **Megan Heinemann** | ■ Contingent |
| | **5910 Beuna Pkwy** | ☐ Unliquidated |
| | **Haslett, MI 48864** | ☐ Disputed |

$249.00

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Course Fees__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **Megan Heinemann** | ■ Contingent |
| | **5910 Beuna Pkwy** | ☐ Unliquidated |
| | **Okemos, MI 48864** | ☐ Disputed |

$225.00

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Course Fees__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **NJ Criminal Interdiction LLC** | Case number (if known) | **6:24-bk-00468-GER** |
|---|---|---|---|
| | Name | | |

---

**3.96** | Nonpriority creditor's name and mailing address

**Micah Gardner**
**Christiansburg Police Department**
**100 East Main Street**
**Christiansburg, VA 24073**

Date(s) debt was incurred  **1/23/24**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$249.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Course Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address

**Micah Gardner**
**Christiansburg Police Department**
**100 East Main Street**
**Christiansburg, VA 24073**

Date(s) debt was incurred  **1/24/24**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$249.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Course Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address

**Micah Gardner Chris Dishon**
**Christiansburg Police Department**
**100 East Main Street**
**Christiansburg, VA 24073**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$598.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Course Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address

**Michael Vargas**
**Philadelphia Police Dept**
**883 Morefield Rd**
**Philadelphia, PA 19115**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$649.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Course Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address

**MikeWorldWide Group LLC**
**One Meadowslands Plaza**
**15th Floor**
**East Rutherford, NJ 07073**

Date(s) debt was incurred __

Last 4 digits of account number  **1447**

As of the petition filing date, the claim is: *Check all that apply.*

$12,000.00

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Trade Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | Nonpriority creditor's name and mailing address

**MTL Training and Consulting**
**6 Fountain Blvd**
**Burlington, NJ 08016**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$773.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** | Nonpriority creditor's name and mailing address

**Nathalia Pineda**
**Aurora Police Department**
**44 East Downer Place**
**Aurora, IL 60505**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$249.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Course Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **NJ Criminal Interdiction LLC**                                    Case number (if known)    **6:24-bk-00468-GER**

Name

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $225.00 |
|---|---|---|---|

**Nathan Chapin**
**Fort Walton Beach Police Depart**
**7 Hollywood Boulevard NE**
**Fort Walton Beach, FL 32548**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Course Fees__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $299.00 |
|---|---|---|---|

**Nathaniel Rosenbauer**
**Englewood Police Department**
**333 West National Road**
**Englewood, OH 45322**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Course Fees__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $225.00 |
|---|---|---|---|

**Nebraska State Patrol**
**4600 Innovation Drive**
**Lincoln, NE 68509**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Course Fees__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,245.00 |
|---|---|---|---|

**Nevada Police Dept.**
**Department of Public Safety**
**555 Wright Way**
**Carson City, NV 89711**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2/6/24__

**Basis for the claim:** __Course Fees__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $299.00 |
|---|---|---|---|

**Nicholas Kline**
**Solon PD**
**33000 Solon Rd**
**Solon, OH 44139**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Course Fees__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $799.00 |
|---|---|---|---|

**Nicole Gehrke**
**PO Box 3524**
**Mankato, MN 56002**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Course Fees__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $225.00 |
|---|---|---|---|

**Nik Jovanovski**
**Wixom Police Department**
**49045 Pontiac Trail**
**Wixom, MI 48393**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Course Fees__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **NJ Criminal Interdiction LLC**                                Case number (if known)    **6:24-bk-00468-GER**
_____
Name

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $225.00 |
|---|---|---|---|

**Omar Marquez**
**Red Oak Police**
**410 Chad Lane Red Oak**
**Red Oak, TX 75154**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Course Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Oneface LLC**
**39 Kipling Way**
**Manalapan, NJ 07726**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Service Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $799.00 |
|---|---|---|---|

**Panagiotis Tsekouras**
**190 Sandshore Rd**
**Budd Lake, NJ 07828**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Course Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $225.00 |
|---|---|---|---|

**Patrick Crossland**
**Larimer County Sheriff's Office**
**2501 Midpoint Dr**
**Fort Collins, CO 80525**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Course Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $299.00 |
|---|---|---|---|

**Patrick Woodrum**
**Christiansburg Police Department**
**100 East Main Street**
**Christiansburg, VA 24073**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Course Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $249.00 |
|---|---|---|---|

**Paul Flores**
**Vestavia Hills Police Department**
**1032 Montgomery Hwy**
**Birmingham, AL 35216**

Date(s) debt was incurred  2/8/24

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Course Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Plosia Cohen LLC**
**385 Route 24**
**Chester, NJ 07930**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Attorney Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **NJ Criminal Interdiction LLC**                                    Case number *(if known)*    **6:24-bk-00468-GER**
_____
Name

| | |
|---|---|
| 3.117 | **Nonpriority creditor's name and mailing address** |

3.117  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$603.83**
**RAB Fire Arms Training and Consu**
**915 Bennetts Mills Road**          ☐ Contingent
**Ste 877**          ☐ Unliquidated
**Jackson, NJ 08527**          ☐ Disputed

Date(s) debt was incurred __          **Basis for the claim:  Service Fees**

Last 4 digits of account number __          Is the claim subject to offset? ■ No ☐ Yes

---

3.118  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$436.00**
**Rabbitproof Fence Consulting LLC**
**14 Pebble Beach Way**          ☐ Contingent
**Washington, NJ 07882**          ☐ Unliquidated
          ☐ Disputed

Date(s) debt was incurred __          **Basis for the claim:  Service Fees**

Last 4 digits of account number __          Is the claim subject to offset? ■ No ☐ Yes

---

3.119  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$649.00**
**Ramona Marquez**
**Aurora PD**          ■ Contingent
**3847 Bissel Dr**          ☐ Unliquidated
**Yorkville, IL 60560**          ☐ Disputed

Date(s) debt was incurred __          **Basis for the claim:  Course Fees**

Last 4 digits of account number __          Is the claim subject to offset? ■ No ☐ Yes

---

3.120  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$19,020.00**
**Richard Marquez**
**Bensalem Township Police Depart**          ■ Contingent
**2400 Byberry Road**          ☐ Unliquidated
          ☐ Disputed

Date(s) debt was incurred __          **Basis for the claim:  Course Fees**

Last 4 digits of account number __          Is the claim subject to offset? ■ No ☐ Yes

---

3.121  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$225.00**
**Robert Schwarting**
**Bensalem Township Police Depart**          ■ Contingent
**2400 Byberry Road**          ☐ Unliquidated
          ☐ Disputed

Date(s) debt was incurred __          **Basis for the claim:  Course Fees**

Last 4 digits of account number __          Is the claim subject to offset? ■ No ☐ Yes

---

3.122  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$3,710.50**
**RVS Group**
**9 Hunters Trail**          ☐ Contingent
**Warren, NJ 07059**          ☐ Unliquidated
          ☐ Disputed

Date(s) debt was incurred __          **Basis for the claim:  Service Fees**

Last 4 digits of account number __          Is the claim subject to offset? ■ No ☐ Yes

---

3.123  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$225.00**
**Ryan Moxley**
**Davie County Sheriffs office**          ■ Contingent
**132 Government Center Dr**          ☐ Unliquidated
**Mocksville, NC 27028**          ☐ Disputed

Date(s) debt was incurred  1/26/24          **Basis for the claim:  Course Fees**

Last 4 digits of account number __          Is the claim subject to offset? ■ No ☐ Yes

Debtor  **NJ Criminal Interdiction LLC**                                        Case number (if known)    **6:24-bk-00468-GER**
_____
Name

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149.00 |

**Ryan Pharo**
**UW-Madison Police Department**
**1429 Monroe Street**
**12/1/23, WI 53711**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**   **Course Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $299.00 |

**Sam Mullis**
**Anson County Sheriff's Office**
**119 N. Washington Street**
**Wadesboro, NC 28170**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**   **Course Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225.00 |

**Seth Steele**
**High Point Police Department**
**1730 Westchester Dr.**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/26/24**

**Basis for the claim:**   **Course Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,173.14 |

**SFA 50 Millstone Road, LLC**
**312 Route 38 West**
**Suite 100**
**Moorestown, NJ 08057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**   **Lease**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $299.00 |

**Shannon McCalla**
**James Hilles Alliance Police Dep**
**470 East Market Street**
**Alliance, OH 44601**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**   **Course Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $299.00 |

**Shawn Pritchett**
**Greenville County Sheriffs Offic**
**4 McGee Street**
**Greenville, SC 29602**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/2/24**

**Basis for the claim:**   **Course Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225.00 |

**Shawn Ruff**
**Davie County Sheriffs office**
**132 Government Center Dr**
**NC 27029**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/26/24**

**Basis for the claim:**   **Course Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **NJ Criminal Interdiction LLC** | Case number (if known) | **6:24-bk-00468-GER** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$225.00** |
| | **Spenser Myers** | ■ Contingent | |
| | **Pennsylvania State Police** | ☐ Unliquidated | |
| | **2049 Terrace View Ln** | ☐ Disputed | |
| | **Mechanicsburg, PA 17055** | | |
| | Date(s) debt was incurred  **2/5/24** | Basis for the claim:  **Course Fees** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **State of New Jersey** | ☐ Contingent | |
| | **c/o Kevin Walsh, Acting State** | ■ Unliquidated | |
| | **Comptroller** | ■ Disputed | |
| | **20 W. Street, 12th Fl** | | |
| | **Trenton, NJ 08625** | | |
| | Date(s) debt was incurred __ | Basis for the claim: _ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **State of New Jersey** | ☐ Contingent | |
| | **Division on Civil Rights** | ■ Unliquidated | |
| | **124 Halsey Street** | ■ Disputed | |
| | **Newark, NJ 07102** | | |
| | Date(s) debt was incurred __ | Basis for the claim: _ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$299.00** |
| | **Stephen McGouldrick** | ■ Contingent | |
| | **1420 Bellaire Place,** | ☐ Unliquidated | |
| | **Pittsburgh, PA 15226** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Course Fees** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$97.00** |
| | **TCW Industries** | ☐ Contingent | |
| | **27 Sacremento Way** | ☐ Unliquidated | |
| | **Asbury Park, NJ 07712** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Service Fees** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,202.13** |
| | **Thin Blue Line Consulting** | ☐ Contingent | |
| | **3 Napa Court** | ☐ Unliquidated | |
| | **Cortlandt Manor, NY 10567** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Service Fees** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$299.00** |
| | **Thomas Kazimer** | ■ Contingent | |
| | **Solon PD** | ☐ Unliquidated | |
| | **33000 Solon Rd** | ☐ Disputed | |
| | **Bay Village, OH 44140** | | |
| | Date(s) debt was incurred  **1/19/24** | Basis for the claim:  **Course Fees** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | NJ Criminal Interdiction LLC | Case number (if known) | 6:24-bk-00468-GER |
|---|---|---|---|
| | Name | | |

---

**3.138**

**Nonpriority creditor's name and mailing address**

**Thomas Martinka**
**Bensalem Township Police Depart**
**2400 Byberry Road**
**Bensalem, PA 19020**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Course Fees__

Is the claim subject to offset? ■ No ☐ Yes

$225.00

---

**3.139**

**Nonpriority creditor's name and mailing address**

**Thomas Wortman**
**Stanislaus County Sheriff Office**
**250 E Hackett Rd.**
**Modesto, CA 95358**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Course Fees__

Is the claim subject to offset? ■ No ☐ Yes

$649.00

---

**3.140**

**Nonpriority creditor's name and mailing address**

**Travis Strickland**
**Lufkin Police Department**
**300 E. Shepherd St Lufkin**
**Lufkin, TX 75902**

Date(s) debt was incurred __1/24/24__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Course Fees__

Is the claim subject to offset? ■ No ☐ Yes

$225.00

---

**3.141**

**Nonpriority creditor's name and mailing address**

**Tristan White**
**2000 Larkflower Way**
**Lincoln, CA 95648**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Course Fees__

Is the claim subject to offset? ■ No ☐ Yes

$649.00

---

**3.142**

**Nonpriority creditor's name and mailing address**

**Ty Watson**
**420 North Broadway Wells**
**Wells, MN 56097**

Date(s) debt was incurred __1/22/24__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Course Fees__

Is the claim subject to offset? ■ No ☐ Yes

$249.00

---

**3.143**

**Nonpriority creditor's name and mailing address**

**Underworld LLC**
**8 Orchard Drive**
**Whitehouse Station, NJ 08889**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Service Fees__

Is the claim subject to offset? ■ No ☐ Yes

$4,990.88

---

**3.144**

**Nonpriority creditor's name and mailing address**

**Will Gallus**
**National Park Service**
**10 Organ Pipe Drive**
**Ajo, AZ 85321**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Course Fees__

Is the claim subject to offset? ■ No ☐ Yes

$225.00

---

| Debtor | NJ Criminal Interdiction LLC | Case number (if known) | 6:24-bk-00468-GER |
|---|---|---|---|
| | Name | | |

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $299.00 |
|---|---|---|---|

**Willliam Mayhew**
**Charles Co Sheriff's Office**
**6915 Crain Hwy**
**PO Box 189**
**La Plata, MD 20646**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Course Fees 

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $249.00 |
|---|---|---|---|

**Zacchary Walters**
**Nowata County Sheriffs Office**
**209 N. Maplen**
**Owata, OK 74048**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Course Fees 

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,130.00 |
|---|---|---|---|

**Zachary Miller**
**102 Lexington Drive**
**Williamsburg, VA 23188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11-18-23 

Basis for the claim:  Service Fees 

Last 4 digits of account number  1014 

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Jane C. Schuster, Esq.** **Office of the State Comptroller** **20 W. State Street, 12th Floor** **Trenton, NJ 08625** | Line  3.132  ☐ Not listed. Explain ____ | __ |
| 4.2 | **McElroy, Deutsch, Mulvaney &** **Carpenter, LLP c/o David Reilly** **1300 Mount Kemble Avenue** **Morristown, NJ 07962** | Line  3.51  ☐ Not listed. Explain ____ | __ |
| 4.3 | **Surinder A. Aggarwal** **Division of Civil Rights** **124 Halsey Street** **Newark, NJ 07102** | Line  3.133  ☐ Not listed. Explain ____ | __ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 478,652.71 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 478,652.71 |

**Fill in this information to identify the case:**

Debtor name    **NJ Criminal Interdiction LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:24-bk-00468-GER**

■ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
     (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Month to Month Contract (26th of Each Month)** | |
| | State the term remaining | **Monthly** | **CubeSmart Asset Management,LLC** **1935 Viera Blvd** **Rockledge, FL 32955** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Event Contract** | |
| | State the term remaining | **2 months** | **Gaylord Palms Resort & Convention** **6000 West Osceola Parkway** **Kissimmee, FL 34746** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Event Contract - Block of rooms** | |
| | State the term remaining | **2 months** | **Marriott Village** **5601 Vineland Avenue** **Orlando, FL 32821** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement** | |
| | State the term remaining | **3 months** | **SFA 50 Millstone Road, LLC** **312 Route 38 West** **Suite 100** **Moorestown, NJ 08057** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name      **NJ Criminal Interdiction LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:24-bk-00468-GER**

■ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$5,038,417.40** |
| **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$4,431,856.00** |
| **For the fiscal year:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$4,041,428.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor  **NJ Criminal Interdiction LLC**                              Case number *(if known)*  **6:24-bk-00468-GER**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **Naked Development**<br>**8815 Research Dr**<br>**Irvine, CA 92618** | **11/2/23** | **$20,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Office Supplies and Software** |
| 3.2.  **OneFace LLC**<br>**39 Kipling Way**<br>**Englishtown, NJ 07726** | **12/18/23** | **$8,506.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3.  **OneFace**<br>**39 Kipling Way**<br>**Englishtown, NJ 07726** | **12/26/23** | **$19,642.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4.  **Zachary Miller**<br>**102 Lexington Drive**<br>**Williamsburg, VA 23188** | **12/26/23** | **$15,249.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5.  **Rebecca Ungurean** | **1/11/24** | **$12,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Contractor** |
| 3.6.  **Internet Business Solutions**<br>**6300 Variel Avenue**<br>**Woodland Hills, CA 91367** | **11/01/23** | **$19,960.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Office Supplies and Software** |
| 3.7.  **Internet Business Solutions**<br>**6300 Variel Avenue**<br>**Woodland Hills, CA 91367** | **1/5/24** | **$7,655.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Office Supplies and Software** |

Debtor   __NJ Criminal Interdiction LLC__                                    Case number *(if known)*  __6:24-bk-00468-GER__

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.8.  **Growth by Sabir, Inc.**<br>**80 Orville Street**<br>**Ste. 100**<br>**Bohemia, NY 11716** | 12/6/23 | $12,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other __Avertising &__<br>__Marketing__ |
| 3.9.  **Plosia Cohen LLC**<br>**385 Route 24**<br>**Chester, NJ 07930** | 11/27/23 | $8,802.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __Attorney Fees__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **NJ Criminal Interdiction v. James Valvano, Esq.**<br>**VA-2022-04011F** | **Fee Arbitration** | **Supreme Court of New Jersey**<br>**District VA Fee Arbitration Committee**<br>**570 Broad Street**<br>**Newark, NJ 07102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | **NJ Criminal Interdiction LLC** | | Case number *(if known)* | **6:24-bk-00468-GER** |
|--------|----------------------------------|--|--------------------------|------------------------|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|--|---------------------------|----------------|-----------------------------------|----------------|
| 7.2. | **Dennis Benigno, Et al., v. Kevin Walsh, Acting State Comptroller, State of New Jersey, Office the State Comptroller**<br>**23-3248 (MAS) (DEA)** | **First and Fourth Amendment Rights** | **United States District Court District of New Jersey**<br>**50 Walnut Street, #4015**<br>**Newark, NJ 07102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|--|------------------------------|-------------------------------------------|-------------|-------|
| 9.1. | **See attached list** | | | **$14,183.00** |
| | **Recipients relationship to debtor** | | | |

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **NJ Criminal Interdiction LLC**                                  Case number *(if known)*  **6:24-bk-00468-GER**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Latham, Luna, Eden & Beaudine, LLP** **201 S. Orange Avenue** **Suite 1400** **Orlando, FL 32801** | | **1/16/2024 and 1/18/27** | **$41,738.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **50 Millstone Road** **E. Windsor, NJ 08520** | **2020-2023** |

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

Debtor    __NJ Criminal Interdiction LLC_____    Case number *(if known)*  __6:24-bk-00468-GER__

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐  No.
■  Yes. State the nature of the information collected and retained.

   __Street Cop Training Student Email Addresses_____

   Does the debtor have a privacy policy about that information?
   ■ No
   ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■  No. Go to Part 10.
☐  Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **One Mile Self Storage**<br>**117 One Mile Road**<br>**East Windsor, NY** | **Dennis Benigno, Caitlyn Magee and Alexander Synder** | **Merchandise** | ■ No<br>☐ Yes |
| **5970 Cubesmart FL Rockledge Viera Blvd**<br>**1935 Viera Blvd**<br>**Rockledge, FL 32955** | **Dennis Benigno, Caitlyn Magee and Alexander Synder** | **Merchandise** | ☐ No<br>■ Yes |

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

| Debtor | NJ Criminal Interdiction LLC | Case number *(if known)* | 6:24-bk-00468-GER |
|---|---|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|

Debtor   **NJ Criminal Interdiction LLC**                                      Case number *(if known)*  **6:24-bk-00468-GER**

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Adeptus Partners, LLC**<br>**733 Route 35**<br>**Suite A**<br>**Asbury Park, NJ 07712** | **2020 to Present** |
| 26a.2.  **Yareline Minacapelli**<br>**864 Georges Road**<br>**Monmouth Junction, NJ 08852** | **2020 to Present** |
| 26a.3.  **Melissa Woltmann**<br>**2301 Willet Place #1319**<br>**Melbourne, FL 32940** | **2020 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **Yarelin Minacapelli**<br>**894 Georges Road**<br>**Monmouth Junction, NJ 08852** | **2020-2023** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Adeptus Partners, LLC**<br>**733 Route 35**<br>**Suite A**<br>**Asbury Park, NJ 07712** | |
| 26c.2.  **Yarelin Minacapelli**<br>**894 Georges Road**<br>**Monmouth Junction, NJ 08852** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐   No

■   Yes. Give the details about the two most recent inventories.

| Debtor | **NJ Criminal Interdiction LLC** | Case number *(if known)* | **6:24-bk-00468-GER** |

| | **Name of the person who supervised the taking of the inventory** | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
|---|---|---|---|
| 27.1. | | **April 2023** | **Unknown** |

| **Name and address of the person who has possession of inventory records** |
|---|
| **Caitlyn Magee**<br>**2301 Willet Place #1319**<br>**Melbourne, FL 32940** |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Dennis Benigno** | **2301 Willet Place, #319**<br>**Melbourne, FL 32940** | **Managing Member** | **100** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

- ☒ No
- ☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ☒ Yes. Identify below.

| | **Name and address of recipient** | **Amount of money or description and value of property** | **Dates** | **Reason for providing the value** |
|---|---|---|---|---|
| 30.1. | **Dennis Benigno**<br>**2301 Willet Place #1319**<br>**Melbourne, FL 32940** | **738,536.75 (Distributions)** | | |

| **Relationship to debtor** |
|---|
| **Managing Member** |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

- ☒ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

- ☒ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **NJ Criminal Interdiction LLC**                                    Case number (if known)  **6:24-bk-00468-GER**

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    _3/14/24_

_____        **Dennis Benigno**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Managing Member**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Florida

In re    **NJ Criminal Interdiction LLC**

Debtor(s)

Case No.    **6:24-bk-00468-GER**

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS - AMENDED

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Chippy Corp.**<br>**2301 Willet Place #319**<br>**Melbourne, FL 32940** | | **99%** | **Member** |
| **Dennis Benigno**<br>**2301 Willet Place #319**<br>**Melbourne, FL 32940** | | **1%** | **Managing Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    3/14/74

Signature    _Dennis Benigno_

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**Street Cop Training**
**Transaction Report**
**February 2022 - January 2024**

Charitable Contributions

| Date | Transaction Type | Name | Memo/Description | Account | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 02/15/2022 | Journal Entry | Special Olympics New Jersey | Record Caitlyn & Jess Transactions Feb 2022 | Charitable Contributions | -Split- | 70.00 | 70.00 |
| 02/15/2022 | Check | Camden County Police Chiefs Association | Bronze: Quarter Page Ad | Charitable Contributions | Wells Fargo Checking (4138) | 200.00 | 270.00 |
| 02/17/2022 | Expense | | CHECK 2148 | Charitable Contributions | Wells Fargo Checking (4138) | 200.00 | 470.00 |
| 02/24/2022 | Check | Rocco Strong | Fundraiser | Charitable Contributions | Wells Fargo Checking (4138) | 200.00 | 670.00 |
| 03/02/2022 | Expense | SAVE THE CHILDREN | SAVE THE CHILDREN | Charitable Contributions | Capital One 7670 | 153.30 | 823.30 |
| 03/03/2022 | Expense | GoFundMe Help in Don s fi | GoFundMe Help in Don s fi | Charitable Contributions | Capital One 7670 | 50.00 | 873.30 |
| 03/05/2022 | Expense | World Central Kitchen | WORLDCENTRALKITCH | Charitable Contributions | Capital One 7670 | 262.50 | 1,135.80 |
| 03/07/2022 | Expense | Americanes Foundation | AMERICARES | Charitable Contributions | Capital One 7670 | 100.00 | 1,235.80 |
| 03/07/2022 | Expense | GLOBALGIVING | GLOBALGIVING | Charitable Contributions | Capital One 7670 | 100.00 | 1,335.80 |
| 03/14/2022 | Expense | CIPFIN | CIPFIN | Charitable Contributions | Capital One 7670 | 255.93 | 1,591.73 |
| 03/17/2022 | Expense | GoFundMe Help Kenny Willi | GoFundMe Help Kenny Willi | Charitable Contributions | Capital One 7670 | 100.00 | 1,691.73 |
| 03/17/2022 | Expense | | VENMO        PAYMENT  220317 1019034638178  DENNIS BENIGNO | Charitable Contributions | Wells Fargo Checking (4138) | 100.00 | 1,791.73 |
| 03/23/2022 | Expense | | VENMO        PAYMENT  220323 1019149482404  DENNIS BENIGNO | Charitable Contributions | Wells Fargo Checking (4138) | 1.00 | 1,792.73 |
| 03/28/2022 | Expense | | GoFundMe William Lindley | Charitable Contributions | Capital One 7670 | 100.00 | 1,892.73 |
| 03/28/2022 | Expense | | VENMO        PAYMENT  220328 1019237157959  DENNIS BENIGNO | Charitable Contributions | Wells Fargo Checking (4138) | 29.00 | 1,921.73 |
| 03/29/2022 | Expense | | VENMO        PAYMENT  220329 1019256167058  DENNIS BENIGNO | Charitable Contributions | Wells Fargo Checking (4138) | 250.00 | 2,171.73 |
| 03/31/2022 | Expense | | CHILDREN INCORPORATED | Charitable Contributions | Capital One 7670 | 30.00 | 2,201.73 |
| 04/01/2022 | Expense | | VENMO        PAYMENT  220401 1019313610844  DENNIS BENIGNO | Charitable Contributions | Wells Fargo Checking (4138) | 30.00 | 2,231.73 |
| 04/14/2022 | Expense | | | Charitable Contributions | Wells Fargo Checking (4138) | 100.00 | 2,331.73 |
| 04/25/2022 | Check | Woodbridge PBA Local 38 | 10th Annual Emergency Services Cup | Charitable Contributions | Wells Fargo Checking (4138) | 100.00 | 2,431.73 |
| 04/25/2022 | Check | PBA Local 221 | Cigar Night | Charitable Contributions | Wells Fargo Checking (4138) | 500.00 | 2,931.73 |
| 04/25/2022 | Expense | GoFundMe SWAT Officer J. | GoFundMe SWAT Officer J. | Charitable Contributions | Capital One 7670 | 250.00 | 3,181.73 |
| 04/29/2022 | Expense | CHILDREN INCORPORATED | CHILDREN INCORPORATED | Charitable Contributions | Capital One 7670 | 30.00 | 3,211.73 |
| 05/04/2022 | Expense | FBPAY Running4Heroes | FBPAY Running4Heroes | Charitable Contributions | Capital One 7670 | 100.00 | 3,311.73 |
| 05/13/2022 | Check | Woodbridge PBA Local 38 | Where Angels Play Foundation | Charitable Contributions | Wells Fargo Checking (4138) | 350.00 | 3,661.73 |
| 05/13/2022 | Expense | GoFundMe Detective Kurtis | GoFundMe Detective Kurtis | Charitable Contributions | Capital One 7670 | 115.00 | 3,776.73 |
| 05/21/2022 | Expense | GoFundMe Donate to Help t | GoFundMe Donate to Help t | Charitable Contributions | Capital One 7670 | 100.00 | 3,876.73 |
| 05/30/2022 | Expense | CHILDREN INCORPORATED | CHILDREN INCORPORATED | Charitable Contributions | Capital One 7670 | 30.00 | 3,906.73 |
| 06/02/2022 | Expense | GOFUNDME*ASSIST SPENREDWOOD CITY      CA | GOFUNDME*ASSIST SPENREDWOOD CITY      CA | Charitable Contributions | AmEx 51003-Melissa-Amex | 115.00 | 4,021.73 |
| 06/29/2022 | Expense | CHILDREN INCORPORATED | CHILDREN INCORPORATED | Charitable Contributions | Capital One 7670 | 30.00 | 4,051.73 |
| 07/26/2022 | Expense | HELPAHERO.COM | HELPAHERO.COM | Charitable Contributions | Capital One 7670 | 105.78 | 4,157.51 |
| 07/29/2022 | Expense | CHILDREN INCORPORATED | CHILDREN INCORPORATED | Charitable Contributions | Capital One 7670 | 30.00 | 4,187.51 |
| 08/24/2022 | Expense | GoFundMe Tribute to Janic | GoFundMe Tribute to Janic | Charitable Contributions | Capital One 7670 | 100.00 | 4,287.51 |
| 08/29/2022 | Expense | CHILDREN INCORPORATED | CHILDREN INCORPORATED | Charitable Contributions | Capital One 7670 | 30.00 | 4,317.51 |
| 09/09/2022 | Check | Howell Pride | Travel Soccer Team | Charitable Contributions | Wells Fargo Checking (4138) | 100.00 | 4,417.51 |
| 09/10/2022 | Expense | NFGOZALKEE NONPROFIT | NFGOZALKEE NONPROFIT | Charitable Contributions | Capital One 7670 | 463.50 | 4,881.01 |
| 09/12/2022 | Expense | FBPAY SHelporg | FBPAY SHelporg | Charitable Contributions | Capital One 7670 | 100.00 | 4,981.01 |
| 09/14/2022 | Expense | | VENMO        PAYMENT  220914 1022350199074  DENNIS BENIGNO | Charitable Contributions | Wells Fargo Checking (4138) | 100.00 | 5,081.01 |
| 09/17/2022 | Expense | GOFUNDME*DANIELLE_S REDWOOD CITY      CA | GOFUNDME*DANIELLE_S REDWOOD CITY      CA | Charitable Contributions | AmEx 43005 | 100.00 | 5,181.01 |
| 09/29/2022 | Expense | CHILDREN INCORPORATED | CHILDREN INCORPORATED | Charitable Contributions | Capital One 7670 | 30.00 | 5,211.01 |
| 10/18/2022 | Bill | Emanuel Frischman Benefit Drive | | Charitable Contributions | Accounts Payable (A/P) | 200.00 | 5,411.01 |
| 10/27/2022 | Expense | PP*NINELINEFOUNDATIOSAVANNAH      GA | PP*NINELINEFOUNDATIOSAVANNAH      GA | Charitable Contributions | AmEx 43005 | 1,850.00 | 7,261.01 |
| 10/27/2022 | Expense | PP*NINELINEFOUNDATIOSAVANNAH      GA | PP*NINELINEFOUNDATIOSAVANNAH      GA | Charitable Contributions | AmEx 43005 | 250.00 | 7,511.01 |
| 10/28/2022 | Expense | PP*NINELINEFOUNDATIOSAVANNAH      GA | PP*NINELINEFOUNDATIOSAVANNAH      GA | Charitable Contributions | AmEx 43005 | 100.00 | 7,611.01 |
| 10/29/2022 | Expense | CHILDREN INCORPORATED | CHILDREN INCORPORATED | Charitable Contributions | Capital One 7670 | 30.00 | 7,641.01 |
| 11/07/2022 | Expense | CHARITY:WATER | CHARITY:WATER | Charitable Contributions | Capital One 7670 | 40.00 | 7,681.01 |
| 11/28/2022 | Credit Card Expense | SAVEOURLIVES.ORG | | Charitable Contributions | AmEx 43005 | 105.00 | 7,786.01 |
| 11/29/2022 | Expense | CHILDREN INCORPORATED | CHILDREN INCORPORATED | Charitable Contributions | Capital One 7670 | 30.00 | 7,816.01 |
| 12/06/2022 | Expense | CHARITY:WATER | CHARITY:WATER | Charitable Contributions | Capital One 7670 | 40.00 | 7,856.01 |
| 12/09/2022 | Expense | NFGOZALKEE NONPROFIT | NFGOZALKEE NONPROFIT | Charitable Contributions | Capital One 7670 | 257.50 | 8,113.51 |
| 12/19/2022 | Bill | Milstone Township Foundation for Educational Excellence | | Charitable Contributions | Accounts Payable (A/P) | 200.00 | 8,313.51 |
| 12/19/2022 | Expense | Foundation for Educational Excellence | Wikipedia Gift | Charitable Contributions | Capital One 7670 | 2.35 | 8,315.86 |
| 12/27/2022 | Expense | PAYPAL *OCSOSHERIFF | PAYPAL *OCSOSHERIFF | Charitable Contributions | Capital One 7670 | 102.53 | 8,418.39 |
| 12/29/2022 | Expense | CHILDREN INCORPORATED | CHILDREN INCORPORATED | Charitable Contributions | Capital One 7670 | 30.00 | 8,448.39 |
| 01/06/2023 | Expense | CHARITY:WATER | CHARITY:WATER | Charitable Contributions | Capital One 7670 | 40.00 | 8,488.39 |
| 01/09/2023 | Expense | ST JUDE Internet DNTN | ST JUDE Internet DNTN | Charitable Contributions | Capital One 7670 | 102.00 | 8,590.39 |
| 01/11/2023 | Expense | GoFundMe In Loving Memory | GoFundMe In Loving Memory | Charitable Contributions | Capital One 7670 | 250.00 | 8,840.39 |
| 01/30/2023 | Expense | CHILDREN INCORPORATED | CHILDREN INCORPORATED | Charitable Contributions | Capital One 7670 | 30.00 | 8,870.39 |
| 02/02/2023 | Bill | WPPFF | | Charitable Contributions | Accounts Payable (A/P) | 100.00 | 8,970.39 |
| 02/02/2023 | Bill | Neptune Township PBA #74 | | Charitable Contributions | Accounts Payable (A/P) | 250.00 | 9,220.39 |
| 02/06/2023 | Expense | CHARITY:WATER | CHARITY:WATER | Charitable Contributions | Capital One 7670 | 40.00 | 9,260.39 |
| 02/06/2023 | Expense | GoFundMe Bluffton PD Offi | GoFundMe Bluffton PD Offi | Charitable Contributions | Capital One 7670 | 250.00 | 9,510.39 |
| 02/08/2023 | Expense | GoFundMe Please help Offi | GoFundMe Please help Offi | Charitable Contributions | Capital One 7670 | 250.00 | 9,760.39 |
| 02/13/2023 | Expense | GoFundMe Kelley Family Me | GoFundMe Kelley Family Me | Charitable Contributions | Capital One 7670 | 100.00 | 9,860.39 |
| 02/15/2023 | Expense | GoFundMe Please Help Supp | GoFundMe Please Help Supp | Charitable Contributions | Capital One 7670 | 150.00 | 10,010.39 |
| 02/27/2023 | Expense | GoFundMe Honolulu Police | GoFundMe Honolulu Police | Charitable Contributions | Capital One 7670 | 100.00 | 10,110.39 |
| 02/27/2023 | Expense | GoFundMe Honolulu Police | GoFundMe Honolulu Police | Charitable Contributions | Capital One 7670 | 100.00 | 10,210.39 |
| 02/27/2023 | Expense | SPECIALOLYMPICSPA.ORG | SPECIALOLYMPICSPA.ORG | Charitable Contributions | Capital One 7670 | 103.50 | 10,313.89 |
| 03/01/2023 | Expense | CHILDREN INCORPORATED | CHILDREN INCORPORATED | Charitable Contributions | Capital One 7670 | 30.00 | 10,343.89 |
| 03/03/2023 | Expense | GoFundMe VA Deputy in nee | GoFundMe VA Deputy in nee | Charitable Contributions | Capital One 7670 | 150.00 | 10,493.89 |
| 03/06/2023 | Expense | CHARITY:WATER | CHARITY:WATER | Charitable Contributions | Capital One 7670 | 40.00 | 10,533.89 |
| 03/11/2023 | Expense | GoFundMe Help support Off | GoFundMe Help support Off | Charitable Contributions | Capital One 7670 | 500.00 | 11,033.89 |
| 03/14/2023 | Expense | GoFundMe Deputy Jeremy Mc | GoFundMe Deputy Jeremy Mc | Charitable Contributions | Capital One 7670 | 150.00 | 11,183.89 |
| 03/17/2023 | Expense | REMINDERBAND 4368455LOGAN      UT | REMINDERBAND 4368455LOGAN      UT | Charitable Contributions | AmEx 51003-Melissa-Amex | 615.00 | 11,798.89 |
| 03/22/2023 | Expense | GoFundMe Helping an Offic | GoFundMe Helping an Offic | Charitable Contributions | Capital One 7670 | 250.00 | 12,048.89 |
| 03/27/2023 | Expense | GoFundMe Luoin strong | GoFundMe Luoin strong | Charitable Contributions | Capital One 7670 | 150.00 | 12,198.89 |
| 03/29/2023 | Expense | CHILDREN INCORPORATED | CHILDREN INCORPORATED | Charitable Contributions | Capital One 7670 | 30.00 | 12,228.89 |
| 04/06/2023 | Expense | CHARITY:WATER | CHARITY:WATER | Charitable Contributions | Capital One 7670 | 40.00 | 12,268.89 |
| 04/12/2023 | Expense | POLICE UNITY TOUR INC | POLICE UNITY TOUR INC | Charitable Contributions | Capital One 7670 | 106.50 | 12,375.39 |
| 04/29/2023 | Expense | Children Inc | CHILDREN INCORPORATED | Charitable Contributions | Capital One 7670 | 30.00 | 12,405.39 |
| 05/06/2023 | Expense | CHARITY:WATER | CHARITY:WATER | Charitable Contributions | Capital One 7670 | 40.00 | 12,445.39 |
| 05/29/2023 | Expense | Children Inc | CHILDREN INCORPORATED | Charitable Contributions | Capital One 7670 | 30.00 | 12,475.39 |
| 06/06/2023 | Expense | charity | CHARITY:WATER | Charitable Contributions | Capital One 7670 | 40.00 | 12,515.39 |
| 06/29/2023 | Expense | Children Inc | CHILDREN INCORPORATED | Charitable Contributions | Capital One 7670 | 30.00 | 12,545.39 |
| 07/06/2023 | Expense | CHARITY:WATER | CHARITY:WATER | Charitable Contributions | Capital One 7670 | 40.00 | 12,585.39 |
| 07/21/2023 | Expense | GA LAW ENFORCEMENT ORG | GA LAW ENFORCEMENT ORG | Charitable Contributions | Capital One 7670 | 100.00 | 12,685.39 |
| 07/29/2023 | Expense | Children Inc | CHILDREN INCORPORATED | Charitable Contributions | Capital One 7670 | 30.00 | 12,715.39 |
| 08/29/2023 | Expense | Children Inc | CHILDREN INCORPORATED | Charitable Contributions | Capital One 7670 | 30.00 | 12,745.39 |
| 08/30/2023 | Expense | | WPY*Mighty Oaks Foundatio | Charitable Contributions | Capital One 7670 | 103.20 | 12,848.59 |
| 09/29/2023 | Expense | Children Inc | CHILDREN INCORPORATED | Charitable Contributions | Capital One 7670 | 30.00 | 12,878.59 |
| 10/02/2023 | Expense | | ALZHEIMERS ASSOC | Charitable Contributions | Capital One 7670 | 60.00 | 12,938.59 |
| 10/10/2023 | Expense | | | Charitable Contributions | Wells Fargo Checking (4138) | 100.00 | 13,038.59 |
| 10/28/2023 | Expense | | GoFundMe Support for Baby | Charitable Contributions | Capital One 7670 | 100.00 | 13,138.59 |
| 10/30/2023 | Expense | Children Inc | CHILDREN INCORPORATED | Charitable Contributions | Capital One 7670 | 30.00 | 13,168.59 |
| 11/22/2023 | Expense | | FEED THE CHILDREN, INC | Charitable Contributions | Capital One 7670 | 106.00 | 13,274.59 |
| 11/29/2023 | Expense | Children Inc | CHILDREN INCORPORATED | Charitable Contributions | Capital One 7670 | 30.00 | 13,304.59 |

| Date | Type | Name | Memo | Account | | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 12/04/2023 | Expense | | FUNDTHEFIRST DONATION | Charitable Contributions | Wells Fargo Checking (4138) | 250.00 | 13,554.59 |
| 12/04/2023 | Expense | | | Charitable Contributions | Capital One 7670 | 250.00 | 13,804.59 |
| 12/04/2023 | Expense | POLICE UNITY TOUR INC | POLICE UNITY TOUR CHAPTER | Charitable Contributions | Capital One 7670 | 106.50 | 13,911.09 |
| 12/22/2023 | Expense | | FEED THE CHILDREN, INC | Charitable Contributions | Capital One 7670 | 106.00 | 14,017.09 |
| 12/29/2023 | Expense | Children Inc | CHILDREN INCORPORATED | Charitable Contributions | Capital One 7670 | 30.00 | 14,047.09 |
| 01/22/2024 | Expense | | FEED THE CHILDREN, INC | Charitable Contributions | Capital One 7670 | 106.00 | 14,153.09 |
| 01/29/2024 | Expense | Children Inc | CHILDREN INCORPORATED | Charitable Contributions | Capital One 7670 | 30.00 | 14,183.09 |
| **Total for Charitable Contributions** | | | | | | **$ 14,183.09** | |
| **TOTAL** | | | | | | **$ 14,183.09** | |