**ORDERED.**

**Dated: April 01, 2024**

*Grace E. Robson*
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov**

| | |
|---|---|
| **IN RE** | |
| **NJ CRIMINAL INTERDICTION LLC** | **CASE NO.: 6:24-bk-00468-GER**<br>**CHAPTER 11**<br><br>*Subchapter V Election* |
| **Debtor.**_____/ | |

**ORDER GRANTING DEBTOR'S MOTION TO ASSUME CONTRACT
WITH GAYLORD PALMS RESORT & CONVENTION CENTER**

**THIS CASE** came before the Court for hearing on March 26, 2024 at 10:00 a.m. (the "Hearing") upon the Debtor's *Motion to Assume Event Contract with Gaylord Palms Resort & Convention Center* (the "**Motion**") (Doc. No. 32) filed by **NJ CRIMINAL INTERDICTION LLC,** ("**Debtor**"). Upon consideration of the Motion and positions of interested parties present at the Hearing, and being otherwise duly advised in the premises, accordingly, it is

**ORDERED**:

1. The Debtor's Motion to Assume the Event Agreement with Gaylord Palms Resort & Convention Center is **GRANTED**.

2. The Event Agreement dated March 31, 2023 by and between the Debtor and Gaylord Palms Resort & Convention Center (the "Event Agreement") is hereby **ASSUMED** pursuant to 11 U.S.C. §§ 105(a) and 365, and Rule 6006 of the Federal Rules of Bankruptcy Procedure.

3. Debtor is authorized to perform its obligations under the terms of the Event Agreement.

###

Attorney Daniel A. Velasquez is directed to serve a copy of this order upon all interested parties and file a certificate of service within 3 days of entry of this order.